UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEONGJAE YOON,
                    Plaintiff,

-against-

MALIBU BOATS, INC., et al.,
                    Defendants.
------------------------------------------------------------X

24 Civ. 3254 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 28, 2024, Seongjae Yoon; Latham Investments, LLC; Ryan Zamora and Retiree Benefit Trust of the City of Baltimore each moved to be appointed lead plaintiff in this action;

WHEREAS, on July 1, 2024, Ryan Zamora filed a notice of withdrawal of his motion to serve as lead plaintiff. It is hereby

**ORDERED** that the remaining movants for lead plaintiff shall meet and confer and file a status letter by **July 17, 2024,** regarding whether the movants agree on the appointment of a lead plaintiff based on the criteria set forth in the PSLRA. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

Dated: July 9, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE