UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SEONGJAE YOON,                                              :
                            Plaintiff,                      :
                                                            :       24 Civ. 3254 (LGS)
-against-                                                   :
                                                            :       ORDER
MALIBU BOATS, INC., et al.,                                 :
                            Defendants.                     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on August 14, 2024, regarding the pending motions for the appointment of lead plaintiff and lead counsel. As discussed at the conference, it is hereby

**ORDERED** that the Retiree Benefit Trust of the City of Baltimore ("OPEB")'s motion for appointment of lead plaintiff and approval of lead plaintiff's counsel is **GRANTED**. Latham Investments, LLC's motion to be appointed co-lead plaintiff is **DENIED**. Seongjae Yoon and Ryan Zamora's motions to be appointed lead plaintiff are **DENIED** as moot. OPEB is appointed lead plaintiff, and Saxena White is appointed lead counsel. It is further

**ORDERED** that Plaintiff shall file its consolidated amended complaint by **September 27, 2024**. It is further

**ORDERED** that the parties shall brief Defendants' anticipated motion to dismiss as follows:

- By **November 1, 2024,** Defendants shall file their motion, with a memorandum of law in support not to exceed twenty-five pages.

- By **December 6, 2024,** Plaintiff shall file its memorandum of law in opposition, not to exceed twenty-five pages.

- By **December 20, 2024,** Defendants shall file a reply, not to exceed ten pages.

The parties shall comply with the Court's Individual Rules regarding motions.  It is further

**ORDERED** that the deadline to file a joint letter and proposed case management plan is **ADJOURNED** sine die pending resolution of Defendants' motion to dismiss.

The Clerk of Court is respectfully directed to (1) change the caption and the docket to name Retiree Benefit Trust of the City of Baltimore as the "Lead Plaintiff" rather than "Movant" (2) change the docket to list Seong Jaeyoon as "Movant" rather than "Plaintiff" and (3) to close the motions at Dkt. Nos. 7, 10, 13 and 15.

Dated: August 15, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE