UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| RETIREE BENEFIT TRUST OF THE CITY OF BALTIMORE, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>   vs.<br><br>MALIBU BOATS, INC., JACK SPRINGER, BRUCE BECKMAN, DAVID BLACK, and WAYNE WILSON,<br><br>         Defendants. | Case No. 1:24-cv-03254-LGS |

### DECLARATION OF SARAH M. LIGHTDALE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Sarah M. Lightdale, state as follows:

1.     I am an attorney with the law firm Cooley LLP, counsel for Defendants Malibu Boats, Inc. ("MBI"), Jack Springer, Bruce Beckman, David Black, and Wayne Wilson in the above-captioned litigation. I respectfully submit this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.     **Exhibit 1** is a table of the statements challenged by Plaintiff in the Amended Complaint ("AC").

3.     **Exhibit 2** is a true and correct copy of relevant excerpts from MBI's Form 8-K filed with the U.S. Securities and Exchange Commission ("SEC") on August 25, 2022. It is publicly available on the SEC website and is referenced in paragraph 38 of the AC.

4.     **Exhibit 3** is a true and correct copy of the transcript of a MBI 4Q 2022 earnings call held on August 25, 2022. It is referenced in paragraph 38 of the AC.

5.    **Exhibit 4** is a true and correct copy of relevant excerpts from MBI's Form 10-Q for 1Q 2023, filed with the SEC on November 4, 2022.  It is publicly available on the SEC website and is referenced in paragraphs 2, 55, and 120 of the AC.

6.    **Exhibit 5** is a true and correct copy of the transcript of a MBI 1Q 2023 earnings call held on November 4, 2022. It is referenced in paragraphs 55, 120-22 of the AC.

7.    **Exhibit 6** is a true and correct copy of MBI's Form 8-K filed with the SEC on May 3, 2023. It is publicly available on the SEC website and is referenced in paragraphs 129-35 of the AC.

8.    **Exhibit 7** is a true and correct copy of the transcript of a MBI 3Q 2023 earnings call held on May 3, 2023. It is referenced in paragraphs 129-35 of AC.

9.    **Exhibit 8** is a true and correct copy of relevant excerpts from MBI's Form 8-K filed with the SEC on August 29, 2023.  It is publicly available on the SEC website and is referenced in paragraphs 148-49 and 153 of the AC.

10.    **Exhibit 9** is a true and correct copy of relevant excerpts from MBI's Form 10-K for its fiscal year 2023, filed with the SEC on August 29, 2023. It is publicly available on the SEC website and is referenced in paragraphs 142-47 of the AC.

11.    **Exhibit 10** is a true and correct copy of the transcript of a MBI 4Q 2023 earnings call held on August 29, 2023. It is referenced in paragraphs 150-53 of AC.

12.    **Exhibit 11** is a true and correct copy of the transcript of a MBI 1Q 2024 earnings call held on October 31, 2023. It is referenced in paragraphs 164-69 of AC.

13.    **Exhibit 12** is a true and correct copy of MBI's Form 8-K, filed with the SEC on January 1, 2024. It is publicly available on the SEC website and is referenced in paragraphs 170-71, and 174 of the AC.

14.    **Exhibit 13** is a true and correct copy of the transcript of a MBI 2Q 2024 earnings call held on January 30, 2024. It is referenced in paragraphs 84 and 200 of the AC.

15.    **Exhibit 14** is a true and correct copy of relevant excerpts from MBI's Form 8-K, filed with the SEC on February 20, 2024. It is publicly available on the SEC website and is referenced in paragraphs 92 and 202 of the AC.

16.    **Exhibit 15** is a true and correct copy of MBI's Form 8-K, filed with the SEC on April 11, 2024.  It is publicly available on the SEC website and is referenced in paragraphs 99 and 203-04 of the AC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed:  November 8, 2024
           New York, New York

Respectfully submitted,

*/s/ Sarah M. Lightdale*
Sarah M. Lightdale
Cooley LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
slightdale@cooley.com

*Attorney for Defendants Malibu Boats, Inc.,*
*Jack Springer, Bruce Beckman, David Black,*
*and Wayne Wilson*

3