# Exhibit 1

**EXHIBIT 1: CHALLENGED STATEMENTS**

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|-----|--------|------|--------------------------|--------------------------------------|
| 1 | 11/4/22 1Q 2023 Earnings Call *Springer* | 120 | Malibu Boats kicked off fiscal year 2023 with a splash as *our continued momentum was supported by ongoing demand strength in both our fresh and saltwater businesses*.<br><br>Turning to our market performance. Our teams continue to push boundaries across our brands, and *our customers are gobbling it up like [a Cajun] deep fried turkey dinner at Thanksgiving*. *Malibu and Axis are outperforming on every metric*, supported by the incredible reception of our new model year lineup [and] *demand remains strong*. | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 2 | 11/4/22 1Q 2023 Earnings Call *Springer* | 121 | [A]ctually, I would say that *across the board and everyone with dealer meetings, there was optimism and almost the demand to get more inventory.* | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Not false or misleading by omission |
| 3 | 2/7/23 2Q 2023 Earnings Call | 123 | *The retail environment remains resilient with strong demand carrying the tide for our premium boats.* While *we see no worsening of our expected outlook*, we are paying close attention to the evolving macroeconomic conditions. | • Insufficient allegations of stuffing Tommy's and regarding demand |

---

[1] Bolded and italicized text herein matches the formatting contained in Plaintiff's Amended Complaint.

[2] This column identifies the grounds for dismissal discussed in Argument Section I of Defendants' Memorandum of Law in Support of Their Motion to Dismiss regarding the Amended Complaint's failure to adequately plead a false or misleading statement or omission. "Insufficient allegations of stuffing Tommy's" refers to Argument Section I.A; "Insufficient allegations regarding demand" refers to Argument Section I.B.; "Insufficient allegations regarding Tommy's financial distress" refers to Argument Section I.C.; "Not false or misleading by omission" refers to the discussion in Argument Section I.D; "Corporate Optimism" and "Opinion" each refer to Argument Section I.E.  As discussed in Argument Sections II and III of the brief, Defendants also move for dismissal on the grounds that the Amended Complaint fails to adequately plead scienter and loss causation.

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | *Springer* | | | • Opinion<br>• Corporate Optimism<br>• Not false or misleading by omission |
| 4 | 2/7/23<br>2Q 2023<br>Earnings Call<br><br>*Springer* | 124 | It is important to note that while retail demand has disproportionately affected more entry-level aluminum-based lower-length boats, ***our customers remain unfazed. Speaking for MBI brands and for what we are generally seeing at shows, the premium buyer is looking to purchase and has not really been affected by economic conditions or interest rates.***<br>. . .<br>Conversely, we are hearing of weaknesses in the smaller foot-length segments in entry-level priced boats. This consumer profile has been impacted the most by inflation and interest rates. ***Thankfully, that is not our model, and we remain positive on our premium business.*** | • Insufficient allegations of stuffing Tommy's and regarding demand<br>• Opinion<br>• Corporate Optimism<br>• Not false or misleading by omission |
| 5 | 2/7/23<br>2Q 2023<br>Earnings Call<br><br>*Springer* | 125 | ***Meeting existing demand and building channel inventories continues to be a primary focus and a major tailwind in the quarters to come.*** | • Insufficient allegations of stuffing Tommy's and regarding demand<br>• Opinion<br>• Corporate Optimism<br>• Not false or misleading by omission |
| 6 | 2/7/23<br>2Q 2023<br>Earnings Call | 126 | The net increase in sales was driven primarily by increased unit volumes ***generated by resilient wholesale demand across all 3 segments*** and strong ASPs.<br>…<br>Overall, Malibu is in an enviable position as we continue to capitalize on this | • Insufficient allegations of stuffing Tommy's and regarding demand |

2

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | *Wilson* | | resilient demand environment and normalize our channels, all while maintaining strong growth and a stable margin profile. Based on our current operating plan, our expectations for fiscal year 2023 remain unchanged[.] | • Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 7 | 5/3/23 3Q 2023 Press Release<br><br>*Springer* | 130 | The Malibu team demonstrated their resilience as we navigated through a, at times, choppy fiscal third quarter. *We have made great strides in normalizing our channel inventory*, particularly within our Malibu and Cobalt segments, *allowing our dealers to be poised to satisfy customer demand as we enter the prime selling season*. | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 8 | 5/3/23 3Q 2023 Earnings Call<br><br>*Springer* | 131 | Q: Can you help us square your shipments for the first quarter with the soft SSI data we've been seeing?<br><br>A: Okay. I think you have to take a step back. You have to understand what we're coming out of. You have a retail environment that has been very low on inventory. And it's a real easy arithmetic equation in terms of -- you know that *your inventories are down. You have to build that retail inventory out by shipping wholesale.* And it plays into your second question, but what we've been doing is playing catch up now for the last, call it 30 months of trying to get enough inventory in the channel. We're largely there, I think on the Freshwater brands, which will be Malibu and Cobalt.<br><br>We are not there yet on the Saltwater, which will be Pursuit and Cobia. But the way that it squares, frankly, is you have – number one, you're coming out of an environment where your comps last year were out of sight. And you're not going to | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Not false or misleading by omission |

3

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | --and we warned against this. You are not going to touch the comps that existed last year . . . Number two, *the wholesale retail squaring has to do with the channel inventory. We have put more inventory in the channel to realize the retail that we want to.* | |
| 9 | 5/3/23 3Q 2023 Earnings Call *Springer* | 132 | Q: Can you help us square your shipments for the first quarter with the soft SSI data we've been seeing? <br><br> A: . . . Moving to the second part of the question, as it relates to the channel inventories, *Malibu is right where it needs to be in terms of what the historical norms have been in the channel.* <br> … <br> Q: . . . in terms of cadence of the quarter, do you guys see any slowdown of retail later in the quarter and then maybe how that trended in April? I mean it sounds like Saltwater fishing is doing well, but curious how the other brands and categories trended? <br><br> A: *I wouldn't say we saw a slowdown in the quarter.* I will benchmark it against, call it, the last 6, 7 years of time. I think more than anything, what *we've seen is a delay in the season kicking off because of the cool weather and because of the precipitation.* My belief is that over the next, call it, to the end of our fiscal year, but certainly through the end of June, we're going to have a much, much better understanding of what that retail environment is going to look like because we're going to have a weather pattern that is actually helping us instead of hindering us. | • Insufficient allegations of stuffing Tommy's and regarding demand <br><br> • Opinion <br><br> • Corporate Optimism <br><br> • Not false or misleading by omission |
| 10 | 6/6/2023 Baird Global Consumer, Technology & Services Conference | 137 | Q: . . . Let's talk about inventory. Everyone knows you want to be careful on inventory. And it's your job to manage the right amount of inventory in the channel. What can you tell us about inventory today, in light of the retail expectation that you have? <br> . . . | • Insufficient allegations of stuffing Tommy's and regarding demand <br><br> • Opinion <br><br> • Corporate Optimism |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | *Black, Springer* | | A [*Black*]:  From an inventory perspective, we look at things from a weeks-on-hand perspective. And so it's really looking at, okay, where have we historically tak[ing] COVID out of the equation, see[n] inventory levels right across the different aspects of our industries? And so **we feel, from a freshwater perspective that that inventory levels probably is pretty close to normalize[d].**<br>. . .<br>A [*Springer*]: . . .  So, when David talks about weeks on hand of inventory in June, **we know how much weeks on hand inventories that our dealers should have**. As we're building for boat shows in that November, December timeframe, **we know what the right level of inventory on hand should be. And that's something that I think that, not only us, but most marine companies have gotten very good at managing.** | • Not false or misleading by omission |
| 11 | 6/6/2023 Baird Global Consumer, Technology & Services Conference<br><br>*Black* | 138 | Q: [L]et's talk about interest rates. Maybe just how do you think interest rates have impacted your end consumer, and also your dealer who's trying to finance all this inventory?<br><br>A: Sure, **on the consumer side, I think it's important to keep in mind the demographic. So 50% of our customers are coming in and stroking a check, right, when they purchase a boat. So we haven't seen a meaningful impact from the consumer side of things.** | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Not false or misleading by omission |
| 12 | 8/29/2023 FY 2023 10-K<br><br>*Malibu* | 142-43 | We depend on our network of independent dealers, face increasing competition for dealers, **and have little control over their activities.**<br><br>Substantially all of our sales are derived from our network of independent dealers. Our top ten dealers represented 41.1%, 39.9% and 38.7% of our net sales for fiscal year 2023, 2022 and 2021, respectively. Sales to our dealers under common control of OneWater Marine, Inc. represented approximately 17.2%, 16.8% and 16.3% of consolidated net sales in fiscal years 2023, 2022 and 2021, respectively. Sales to our dealers under common control of Tommy's Boats represented approximately | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Not false or misleading by omission<br><br>• Not false or misleading by omission |

5

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | 10.7%, 9.4% and 7.3% of our consolidated net sales in the fiscal years ended June 30, 2023, 2022 and 2021 respectively. *The loss of a significant number of these dealers could have a material adverse impact on the financial condition and results of operations.* | |
| 13 | 8/29/2023 FY 2023 10-K *Malibu* | 146 | Current inventory levels at our Malibu and Cobalt dealers have returned to pre-pandemic levels and at our Saltwater Fishing dealers are continuing to normalize to pre-pandemic levels. *While retail activity at our dealers trended lower during fiscal year 2023, given low inventory levels at the beginning of the fiscal year, we continued to experience strong wholesale demand throughout the first three quarters of fiscal year 2023.* As channel inventory becomes more normalized, we believe wholesale demand will become more directly dependent on the underlying retail activity for our products into the first half of fiscal year 2024. | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Corporate Optimism<br><br>• Opinion<br><br>• Not false or misleading by omission |
| 14 | 8/29/2023 4Q 2023 10-Q Press Release *Springer* | 149 | We've made great strides to meet demand throughout the fiscal year as we ramped up production through our first three quarters and reached normalized channel inventories faster than anticipated. Despite the uncertain macro environment, *we remain confident in our operational prowess to match wholesale and retail demand[.]* | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 15 | 8/29/2023 4Q 2023 Earnings Call *Springer* | 150 | Now we are very focused on matching our supply with the retail demand environment. We currently expect fiscal year 2024 to be down versus fiscal year 2023. *In 2023, channel inventories were still too low and production was in full throttle,* building boats to return back to where inventories had historically been. We also expect dealer headwinds throughout fiscal year 2024. Dealers are currently displaying a lack of confidence due to delayed retail and interest rates that are more | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Opinion |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | than double for dealers and consumers versus 2 to 3 years ago. Based on what we are currently seeing, we expect wholesale demand to be decreased across all of our brands. <br> … <br> During the fiscal year, ***we made great strides to match wholesale production to retail demand***, which we believe is important and responsible for our investors and our dealers. ***The first three quarters of the year saw us matching our production to a deficient channel inventory environment to reach more normalized channel inventory levels.*** The normalization occurred faster than anticipated. | • Corporate Optimism <br><br> • Not false or misleading by omission |
| 16 | 8/29/2023 <br> 4Q 2023 <br> Earnings Call <br><br> *Black* | 151 | While the outlook for fiscal year 2024 presents some uncertainties, our unmatched innovation, product quality and team agility position us at the forefront of the marine industry. Despite this uncertainty, ***we will continue to showcase our best-in-class operational capabilities, matching wholesale to retail demand as we launch our new model year lineup.*** | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress <br><br> • Opinion <br><br> • Corporate Optimism <br><br> • Not false or misleading by omission |
| 17 | 8/29/2023 <br> 4Q 2023 <br> Earnings Call <br><br> *Black, Springer* | 152 | As we have stated, dealers are concerned about the retail environment. However, I want to be very clear that this is not 2009 when the customer disappeared. What ***we have been able to confirm is the retail customer is still there and willing to purchase.*** In September, we had planned to have a Labor Day promotion for Malibu and Axis to keep channel inventories in check and assist dealers in moving 2023 product. We decided to move this event up to July, beginning the fourth of July weekend. Despite seeing lower retail in May and June, we were astounded at the positive results of this event. Unit sales were 52% more than what we had projected. <br> … | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress <br><br> • Opinion <br><br> • Corporate Optimism <br><br> • Not false or misleading by omission |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | Our premium boats continue to be highly sought after by consumers and our 2024 model year introduction will continue to push the limits and strengthen our market-leading position. | |
| 18 | 9/21/23 D.A. Davidson Diversified Industrials & Services Conference *Springer* | 155 | Q: . . . I guess to start could you just talk about trends you're seeing from your end consumer and dealers in this challenging macro environment?<br><br>A: It is a challenging macro environment. One of the things that we're seeing, if you look at our demographic, *we have with Malibu*, Cobalt, Pursuit, *a very high net income wage earner.* Their demographic shows that the annual compensation is about $0.5 million [and] net worth well over $1 million a year. *That consumer continues to be very consistent. They continue to buy boats.* What we've actually seen is that for those brands, I just mentioned, the number of people or the percentage of people that are writing a check for the entirety of the boat has gone from about 50% to 65% to 70% over the last four, four and a half months, where you see and I think that across the marine industry, a part of what is happening is that people who are buying on the interest rates that are -- that are using interest rates have seen that interest rate increase.<br><br>And so, the 16 to 22-foot segment, the smaller aluminum boats, they're probably most stressed, without a doubt. We don't play in either one of those categories, *we play in a -- in a larger category, and also a more premium category*. But then even with some of our other brands that are just at that next lower level have a premium Cobia Pathfinder, as well as access, they pay more or are using interest rates, so about 75%. So there is -- has been some impact there. | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 19 | 9/21/23 D.A. Davidson Diversified Industrials & | 156 | Q: And just from a company perspective, how's [Malibu's] position to navigate these macro headwinds and ultimately deliver results for investors?<br><br>A: Yes. We think we're positioned extremely well. We've gone through it once before. The first thing I would say is that whatever time of the downturn or cycle | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | Services Conference *Springer* | | we're in is certainly not 2008 or 2009. So is something that I think is going to be about an eight to 12, 18-month timeframe going on from here.<br><br>Now, we're position -- because *we are a premium brand, because our customers are very well off and then -- and they're buying the product that they want*, we think we're *very well positioned*. | • Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 20 | 9/21/23 D.A. Davidson Diversified Industrials & Services Conference *Springer* | 157 | Q: [H]ave you seen any improvement within the health of dealer inventories, maybe some destocking over the last four weeks or so now, as you guys probably pull back on shipments and let retail play out?<br><br>A: … *We're very focused on trying to read and understand what's happening at the retail level, and then matching our supply to that.* So [to] your point, we have taken back production so that we're matching that retail environment.<br>…<br>Q: We get a lot of questions about Mastercraft's guide. They seem to be a little more cautious versus you guys for this upcoming Year. How do you feel about your current guide? And what might have driven Mastercraft to be more cautious in what you guys were saying before?<br><br>A: So I do think that from a data point of view, and how we analyze the market, *we are, as I said, very focused on the supply[-]retail matching. So from what we see, what we're hearing from our dealers, that we feel pretty confident and what that's going to be.*<br><br>In terms of their guide, one of the things that I will tell you is that, as we got to June 30, they had about five weeks more of inventory on hand in the channel, so they put more inventory out, than we did. So I think that's influencing their guide. | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| 21 | 9/21/23 D.A. Davidson Diversified Industrials & Services Conference *Springer* | 158 | Q:  I guess looking at your dealers, how do you feel about your current dealer network? Do you feel like you need to keep expanding? Or do you feel like maybe trimming your dealer network, depending on the maturity?<br><br>A:  Yes. *We have very -- a very good very dealer network[]. Especially on the Malibu and the Cobalt side*, we are number one or number two market share in 70% to 80% of the markets that we're in. | • Insufficient allegations of stuffing Tommy's, regarding demand, and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 22 | 10/31/23 1Q 2024 10-Q *Malibu* | 161 | Current inventory levels have now stabilized to pre-pandemic levels across all of our segments. While retail activity at our dealers trended lower during fiscal year 2023, given low inventory levels at the beginning of the fiscal year, *we continued to experience strong wholesale demand throughout the first three quarters of fiscal year 2023.* Now, as *channel inventory is normalized*, we believe wholesale demand will be directly dependent on the underlying retail activity for our products into the first half of fiscal year 2024. | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |
| 23 | 10/31/23 1Q 2024 Earnings Call *Springer* | 165 | Channel inventories across our brands are now back to or above pre-COVID levels, and we have *worked diligently to match wholesale supply to retail demand by quickly aligning production levels throughout the quarter, which accounts for the decrease versus last year*.<br>…<br>Q: Maybe just to start off on *the retail environment and some of your commentary around retail being softer and being one of the rationale[s] for why you brought down your guidance*. I mean, we've obviously -- and everyone has seen the retail over the past couple of months. And I think *most people would say the numbers were actually decent*.  You're talking about Fort Lauderdale, some other have talked | • Insufficient allegations of stuffing Tommy's and regarding demand<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |

10

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | about how strong Fort Lauderdale was. Yet you're kind of using that to take down guidance. Maybe just help us understand and clarify what exactly you're talking about. *Is this more to do with the dealer psyche than the actual retail demand that we're seeing?* Any color would be great.<br><br>A: *Yes. I think it's a dealer psyche. It's also the consumer psyche.* And I can't belabor enough that anyone that's going to be purchasing on interest rates, they're probably sitting on the sidelines. If you look back to 2021, 2022, the interest rates that they're paying are up to 4x more than what they were paying back then. So I think that's a big impediment to the retail consumer psyche. The dealers are certainly paying more, they want to carry less inventory. That factors into it. | |
| 24 | 10/31/23<br>1Q 2024<br>Earnings Call<br><br>*Springer* | 167 | Our operational capabilities are unmatched and our innovation continues to set us apart. *An important element to our playbook is successfully matching production to retail demand*, not only to protect our margins, but *also to protect our dealers and make sure they stay healthy.* Malibu's ability to remain agile and flexible has always been and continues to be a *key differentiator* for Malibu.<br><br>I will say it again, our cost structure is 80% to 90% variable, which allows us to execute quickly and outperform. Our vertical integration allows us to control key components of our boats from concept through delivery to the customer. Our operational excellence makes us nimble and capable of strong performance in any environment. While *channel inventories* including saltwater *normalized* much faster than anyone anticipated, *our nimbleness to slow down our build schedule has helped our dealers to have healthy inventories, enabling them to sell through mid-year 2023 inventory more quickly.* We are certainly laser-focused on inventory levels and believe most marine OEMs are as well, which will ultimately lead to a quicker recovery once demand increases.<br>… | • Insufficient allegations regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | Q: *I wanted to ask about your dealer network and the health of that network, given carrying excess inventory maybe and facing higher interest expense. Any concerns about your network or the broader marine dealer network?*<br><br>A: *Largely, no*, Craig. I mean, you always have some that you watch a little bit more closely. We're very in tune with Wells Fargo and what they're seeing. *And the early warning systems that are in place*, that did not exist in 2008 and 2009. *So we feel pretty confident.* We're actually looking to expand our dealer networks, and we're working on that today. | |
| 25 | 1/30/24<br>2Q 2024 Press Release<br><br>*Springer* | 171 | *We are recalibrating wholesale production to match retail demand as seasonality, along with continued interest rate pressures has resulted in elevated inventory levels.* While the current macroeconomic outlook creates uncertainty, we are starting to see some positive signs following our Year End Sales event for Malibu, demonstrating the resiliency of our brands. | • Insufficient allegations of stuffing Tommy's and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Not false or misleading by omission |
| 26 | 1/30/24<br>2Q 2024 Earnings Call<br><br>*Springer* | 172 | While the retail environment is compressed, the biggest factor contributing to a tough year-over-year comparison is the normalization of channel inventory. Over the last 2 fiscal years, we have been focused on rebuilding our channels from historically low levels brought on by lingering supply chain challenges and unprecedented demand during the pandemic. Today, these dynamics have shifted and the level setting is going on as the inventory channels have fully recovered. *We are back to natural market dynamics and MBI is highly focused on recalibrating to match wholesale production to retail demand. We are very, very committed to reducing channel inventories to lower levels* that set up the dealer and MBI brands to recover more quickly once retail begins growing again.<br>…<br>From the retail lens, the sense of urgency from customers to buy boats has largely disappeared. The consumer is being very patient. They know inventory is available, | • Insufficient allegations of stuffing Tommy's and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Not false or misleading by omission |

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | and they are looking for the best deal. To address this latter retail environment, we introduced a program earlier this month which we've been working on since early 2023 to introduce a Malibu and an Axis at entry-level pricing. . . . We also believe that we will not only sell these boats, but they will lead to further opportunities to upsell our dealers into other models, driven by the consumers' desires for more features and options. We have already seen this occurring in the January boat shows that have taken place thus far. Our customer segment that has remained strong i[s] the premium segment, cash buyers who are looking for the larger, [feature-]rich premium boat. We have several new offerings targeting these consumers that we are excited about. | |
| 27 | 1/30/24 2Q 2024 Earnings Call *Springer* | 173 | Q: . . . And then as you think about cleaning up the inventory channel, assuming that the other OEMs are behaving rationally. Does that imply -- and I know this is early that like fiscal 2023, I would go back to some sort of normal growth algorithm, and it would be much easier to recapture some of that operating leverage? Or is there some transitory sort of flow back to normal to get back to where we were?<br><br>A: Well, I think you nailed it. That's exactly right. And that's what we're positioning for. Even what I'm saying is people were being very responsible with channel inventories, and that's what we're hearing for our dealers. I think that will continue.<br>…<br>Q: Just on your updated guidance, what gives you confidence you fully kind of reset the bar for the remainder of the year? And is there any upside being baked in for the last 2 quarters of the year? Or would you say this is a conservative guide?<br><br>A: I would tell you ***it's a conservative guide***. We had -- as you can imagine, we've had a lot of discussion on it. There is not any upside baked into the back half of the year for us. So that would be welcome certainly. ***But there's nothing to tell. We believe that this, as we say, is conservative*** in that if we see some positive tailwinds that it will be beneficial. | • Insufficient allegations of stuffing Tommy's and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Not false or misleading by omission |

13

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| 28 | 1/30/24 2Q 2024 Earnings Call *Springer* | 175 | Q: [C]an you just reconcile maybe, was it the magnitude of the [EBITDA] change? Is it that the conditions decline too fast to react? Or are there other sort of onetime items like investing in the factory that are really leading to that adjusted EBITDA margin compression[?]<br><br>A:. . . You did see a change very, very rapidly of moving from high wholesale production environment to a low channel inventory left very quickly. The softness of retail occurred. But one thing, and I'll let Bruce chime in here is that we are hyper focused.<br><br>I mean if you look at what our goals are for the rest of this year, channel inventories have to come in line. ***And so we have taken production down more significantly than were probably anybody can have ascertained or are predicted. And we are going to get inventory levels [back] where they need to be to support our dealers.*** And honestly, I think dealers' appetite right now. I think they want it to be historic channel inventory. They would like to be at least for a little while, a little bit lower than general inventory historically. | • Insufficient allegations of stuffing Tommy's and regarding Tommy's financial distress<br><br>• Opinion<br><br>• Not false or misleading by omission |
| 29 | 1/30/24 2Q 2024 10-Q *Malibu* | 177 | ***We sell our boats through a dealer network that we believe is the strongest in the recreational powerboat category.*** As of June 30, 2023, our worldwide distribution channel consisted of over 400 dealer locations globally. Our dealer base is an important part of our consumers' experience, our marketing efforts and our brands. ***We devote significant time and resources to find, develop and improve the performance of our dealers and believe our dealer network gives us a distinct competitive advantage.***<br>…<br>We aim to increase our market share across the boating categories in which we compete through new product development, improved distribution, new models, and innovative features. Our industry, however, is highly competitive, and our competitors have become more aggressive in their product introductions, expanded their distribution capabilities, and launched surf systems competitive with our | • Insufficient allegations regarding Tommy's financial distress<br><br>• Opinion<br><br>• Corporate Optimism<br><br>• Not false or misleading by omission |

14

| No. | Source | AC ¶ | Challenged Statements[1] | Reasons Falsity Inadequately Pled[2] |
|---|---|---|---|---|
| | | | patented Surf Gate system. We believe our strong brands, new product pipeline, *strong dealer network* and ability to increase production will allow us to maintain, and potentially expand, our leading market position in performance sports boats. | |
| 30 | 3/5/24 Raymond James Institutional Investors Conference<br><br>*Springer* | 180 | With the other dealer network, Wells Fargo is a key partner for us. We have monthly calls with them. We're talking about dealers that may be stressed or somewhat. But at the same time, we're following that and we want to know what the dealer health is, and we actually have a report card on that. | • Insufficient allegations regarding Tommy's financial distress<br><br>• Opinion<br><br>• Not false or misleading by omission |