# Exhibit 3

**S&P Global**
Market Intelligence

# Malibu Boats, Inc. NasdaqGM:MBUU FQ4 2022 Earnings Call Transcripts

## Thursday, August 25, 2022 12:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2022- | | | -FQ4 2022- | -FY 2022- | -FY 2023- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 1.96 | 2.61 | ▲33.16 | 2.29 | 7.78 | 8.17 |
| **Revenue (mm)** | 304.49 | 344.29 | ▲13.07 | 329.01 | 1190.67 | 1283.36 |

Currency: USD
Consensus as of Aug-25-2022 1:20 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2021** | 1.64 | 1.84 | ▲12.20 % |
| **FQ1 2022** | 1.29 | 1.37 | ▲6.20 % |
| **FQ2 2022** | 1.36 | 1.50 | ▲10.29 % |
| **FQ3 2022** | 1.96 | 2.61 | ▲33.16 % |

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

**Call Participants** ................................................................................. **3**

**Presentation** ................................................................................. **4**

**Question and Answer** ................................................................................. **9**

COPYRIGHT © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Jack D. Springer**
*CEO & Director*

**Wayne R. Wilson**
*CFO & Secretary*

**ANALYSTS**

**Brett Richard Andress**
*KeyBanc Capital Markets Inc.,
Research Division*

**Gerrick Luke Johnson**
*BMO Capital Markets Equity
Research*

**Jaime M. Katz**
*Morningstar Inc., Research
Division*

**Unknown Analyst**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and welcome to the Malibu Boats Conference Call to discuss fourth quarter and full fiscal year 2022 results. [Operator Instructions] Please be advised that reproduction of this call in whole or in part is not permitted without written authorization of Malibu Boats. As a reminder, today's call is being recorded.

On the call today from management are Mr. Jack Springer, Chief Executive Officer; and Mr. Wayne Wilson, Chief Financial Officer; and Mr. Ritchie Anderson, Chief Operating Officer.

I will turn the call over to Mr. Wilson to get it started. Please go ahead, sir.

**Wayne R. Wilson**
*CFO & Secretary*

Thank you, and good morning, everyone. On the call, Jack will provide commentary on the business, and I will discuss our fiscal fourth quarter and full year 2022 financials. We will then open the call for questions. A press release covering the company's fiscal fourth quarter and full year 2022 results was issued today, and a copy of that press release can be found in the Investor Relations section of the company's website.

I also want to remind everyone that management's remarks on this call may contain certain forward-looking statements, including predictions, expectations, estimates or other information that might be considered forward-looking, and that actual results could differ materially from those projected on today's call. You should not place undue reliance on these forward-looking statements, which speak only as of today, and the company undertakes no obligation to update them for any new information or future events. Factors that might affect future results are discussed in our filings with SEC, and we encourage you to review our SEC filings for a more detailed description of these risk factors.

Please also note that we will be referring to certain non-GAAP financial measures on today's call, such as adjusted EBITDA, adjusted EBITDA margin, adjusted fully distributed net income and adjusted fully distributed net income per share. Reconciliations of these non-GAAP financial measures to GAAP financial measures are included in our earnings release.

I will now turn the call over to Jack Springer.

**Jack D. Springer**
*CEO & Director*

Thank you, Wayne, and thank you all for joining the call. Fiscal year 2022 was another record year for Malibu Boats, which included fantastic fourth quarter results that surpassed expectations. Despite persistent supply chain and inflationary headwinds impacting the broader marine industry, our differentiated operating model, vertical integration capabilities and strategic leadership continues to shine through, helping us persevere and be the market leader.

For fiscal year 2022, net sales increased nearly 31% to a record $1.2 billion. Gross margin remained strong at 25.5%, and adjusted EBITDA grew 30% to a record $247 million, while adjusted EBITDA margin remained relatively consistent at 20.3%. During the fiscal year, we have met unwavering demand by amping up our production capabilities through our vertically integrated model. As a result, we supported strong order volumes and ultimately exceeded our full year guide.

Malibu continues to set the tone, led by our operational excellence, premium brands and unmatched manufacturing capabilities across our differentiated portfolio. We look to carry this momentum forward into the 2023 fiscal year supported by our new Malibu products. Retail demand remained very strong and has continued to support extremely robust ASPs across all brands. During the fiscal year, we did a masterful job of optimizing price in a difficult supply-constrained environment compared to the broader marine industry.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With many competitors across our segments raising prices into the double digits year-over-year, we are proud to deliver our industry-leading innovation with minimal price increases comparatively, which will be a competitive advantage. As many boat manufacturers experienced, we did see a slight pause with the delayed spring. However, retail demand bounced back with a dealer seeing a quick recovery around Memorial Day that carried through the quarter end. As a result, we have orders extending well into the first half of fiscal year 2023, and they show no signs of slowing.

The strength of the Malibu consumer has proven resilient. With our tried and proven experience successfully navigating through challenging market cycles, we are confident in our strategic and operational capabilities, coupled with our ability to execute in any macro environment.

Across all of our brands, we are performing at very high levels. Led by Malibu and Cobalt, we have consistently increased production volumes to keep pace with strong retail orders and have already begun to build back inventory in the channel in these segments. At this time of the year, in the freshwater environment, that is important because buyers want the boat right away to enjoy the last few weeks of the season before cold weather. We believe this will give us an advantage over the first and early second quarters of fiscal 2023.

While Malibu and Cobalt have begun to build back some of our channel inventory, our Salt Water brands, which are still seeing higher-than-normal number of retail sold orders, have yet to make the same step forward and channel inventories remain very low. Although marine-wide supply chain issues continue to limit the channel build across our brands and especially in the Salt Water brands, we now believe that as the supply chain cooperates, we will see inventory begin to build at a better pace in the second half of fiscal year 2023.

We and other marine experts continue to believe that channel inventories will not reach normal levels until the end of calendar 2023 or the beginning of calendar 2024. This provides us with a great ramp-up opportunity despite any macroeconomic conditions that may exist. Headwinds driven by supply chain disruptions continue to be the limiting factor to normalizing production, with the biggest issues continuing to come from engines across all manufacturers, windshields, electronics and imports from Asia driven by continuing port congestion on the West and East Coast.

As we have stated in the past, we maintain that any real improvement in the supply chain will not begin until the first half of calendar year 2023, and we are in an optimal position to execute as these headwinds improve and customers start coming back into dealerships looking for stock boats.

Despite these headwinds, our production capabilities have never been stronger. Our recent acquisition of Malibu Electronics represents just another example of our strategic leadership and foresight in managing our supply chain. Importantly, we would not have been able to shift the volume that we did at Malibu and Cobalt without the addition of Malibu Electronics to our vertically integrated model. We will only continue to see the benefits compound as we ramp up production in the quarters to come.

Turning to our market performance, we continue to hold our own in every brand. And in particular, I couldn't be prouder of the team at Cobalt. As you know from past calls, Cobalt was late to the game in the outboard market when we acquired them. It was an immediate product focus for us, and we have since expanded the number of models from 3 to 7, with more to come. For context, in June of 2018, Cobalt's outboard market share was approximately 4.4% in our competitive segment. Based on the early June 2022 numbers released last month, Cobalt's outboard share is now up to 18.1% year-to-date.

In just the last year alone, we have increased our outboard market share by 600 basis points and look to maintain this trajectory in the quarters to come. Whether it be Malibu, Axis, Cobalt, Pursuit or Maverick, no one has a track record of success in designing and bringing new products and innovations to market. We win hands down on product and are very excited to release our incredible 2023 product lineup.

For Malibu and Axis, we are again introducing 4 new boats, which is far more than any other competitor. This includes the all-new Malibu 22 LSV and 26 LSV, and the Axis A225 and T235. We are especially excited about our new Malibu 26 LSV. This 26-foot monster of a wave and wait machines is the largest boat ever built by Malibu and will serve a market that is growing in demand at every turn. There are also

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

compelling new features which will debut on this model and extend across our other Malibu models. While there is a plethora of new and compelling features, I will give you a taste of 3 in particular.

For several years, our focus on features has been around functionality, what makes the customers experience more convenient and ergonomics. Case in point, we are introducing the Max-Pivot Seat, which smoothly changes between multiple positions and functional uses, and it now includes a bench seat, a bed and a fully functional table. Our new Malibu stereo system now features amplifiers that are 70% smaller, subwoofers, speakers, improved DSP tuning capabilities and a transform remote, which will take the user into the next stage of sound.

And lastly, for Malibu, our rudder-position sensor, which displays on the command center's main screen, will help enable ease in docking, slow-speed maneuvering and takeoffs with riders.

Turning to Cobalt, building on our R33 series with the sterndrive boat release in fiscal year 2022, we have recently announced the R33 outboard version for our coastal customers. The hunger for these 2 boats has been loud and clear, with demand exceeding what we had initially projected by a large margin, which is a nice problem to have. In just 3 weeks at the Cobalt dealer meeting, we will be unveiling our new R35-stern and R35 outboard boats for a first look by our dealers. There is no doubt that these 2 exceptional boats will also be in high demand as we make them available to the public after the first of the year.

Two features for Cobalt that I'm excited to talk about are the new seat keeper options that eliminates up to 95% of boat roll. The marine industry has seen this feature become a must-have for boats over 30 feet in the saltwater environment, and we will make this feature available on our 2 new R33s as well as the 2 new R-35s. Secondly, we are introducing a slide boarding door option for the R33 standard and the R33 outboard as well as the R35 standard and the R35 outboard. This option provides effortless side entry and access to the boat and is very similar to the version offered on many Pursuit models.

At Pursuit, during the beginning of our fiscal year in July, we introduced our largest boat ever built at Pursuit with the OS 445. This offshore boat, which features massive living accommodations, first-in-class bounce feeding and an incredible amount of storage, has already amassed orders for the next 1.5 years despite just now being seen in the wild. In the next couple of months, we will introduce a new boat on the other end of the link spectrum, the brand-new [ S248 ] which will capture that smaller saltwater market. There will be a third boat introduced in the second half of the model year that is a White Space boat that we expect will drive significant volume over the next few years.

For Maverick Boat Company, we are launching our first new product since we acquired the company, with the unveiling of the new 2023 Pathfinder 2400 TRS, which will be introduced at the MBG dealer meeting next week. Our team at Pathfinder was given full rein to build the boat of their dreams and beat the competition to their return. They have done just that, and we expect the line to buy this boat to be longer than a Sunday after church at a Golden Corral buffet.

As we end another record year, I am proud of the significant progress our team continues to make. We are the best, and we continue to get better every single year. We have set ourselves in a unique position to continue our pace of ramping production. Heading into fiscal year '23, we are on track to start our channel build, and we remain confident in the outlook as demand remains high. As we have stated over the past 18 months, even if there is a downside scenario, our previous experience, best-in-class operations and battle-tested strategic leadership will mitigate these potential headwinds, allowing us to maintain strong margins in the quarters to come.

Overall, our team's hard work, commitment to excellence and agility in the midst of a challenging supply chain environment has delivered superior results, allowing us to cruise pass the competition, deliver more boats to our customers and maintain our track record of success. As we embark on fiscal year 2023, we believe our future remains exceptionally bright. We have a winning playbook, demonstrated by over a dozen years of continuing success.

From unprecedented consumer demand, the introduction of our new model year 2023 products, historically low dealer inventories, our unbeatable culture of operational excellence and vertical

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integration, we are extremely well positioned to drive substantial growth and profitability all the while delivering long-term value for our shareholders.

I will now turn the call over to Wayne for further remarks on the quarter.

**Wayne R. Wilson**
*CFO & Secretary*

Thanks, Jack. In the fourth quarter, net sales increased 27.6% and to $353.2 million, and unit volume increased 10.3% to 2,596 boats. The increase in net sales was driven primarily by year-over-year price increases, a favorable model mix and increased unit volumes, primarily in our Malibu and Cobalt segments. The Malibu and Axis brands represented approximately 56.9% of unit sales or 1,478 boats. Cobalt represented 22.7% or 588 boats and Salt Water Fishing represented the remaining 20.4% or 530 boats.

Consolidated net sales per unit increased 15.7% to approximately $136,000, primarily driven by year-over-year price increases and a favorable model mix. Gross profit increased 29.5% to $89.6 million, and gross margin was 25.4%. This compares to a gross margin of 25.0% in the prior year period. Selling and marketing expense increased 1.7% or $0.1 million in the fourth quarter. As a percentage of sales, selling and marketing expense decreased by 40 basis points.

General and administrative expenses increased 2% or $0.3 million. The increase was driven primarily by an increase in compensation and personnel-related expenses, increases in information technology expenses and travel, which were slightly offset by a decrease in professional fees. As a percentage of sales, G&A expenses, excluding amortization, decreased 120 basis points to 4.9%.

Net income for the quarter increased 42.1% to $49.7 million. Adjusted EBITDA for the quarter increased 28.3% to $73.9 million, and adjusted EBITDA margin increased 10 basis points to 20.9%.

Non-GAAP adjusted fully distributed net income per share increased 32.1% to $2.43 per share. This is calculated using a normalized C corp tax rate of 23.8% and a fully distributed weighted average share count of approximately 21.3 million shares. For a reconciliation of adjusted EBITDA and adjusted fully distributed net income per share to GAAP metrics, please see the table in our earnings release.

As Jack mentioned earlier, we delivered another record-setting year in fiscal year 2022, further cementing our position as the most innovative and efficient operators in the industry. Our feature-rich boats continue to be highly sought after by our customers, and we have further enhanced our ability to deliver despite persistent headwinds affecting the broader marine industry. We are just beginning to see the benefits of our timely strategic acquisition of Malibu Electronics, which has helped us successfully improve our volume output across Malibu and Cobalt through the back half of the fiscal year. We are also still in the early innings of realizing the potential of our Maverick plant expansion, which will add even more production capacity to our Salt Water segment.

Looking at full year numbers. Net sales increased 31.1% to a record $1.2 billion, and unit volume increased 13.1% to a record 9,255 boats. Consolidated net sales per unit increased 16% to just over $131,000, driven by higher sales of new, more expensive models and optional features and higher year-over-year prices. Gross profit increased 31.1% to $310.1 million. Net income for the year increased 43% to $163.4 million, and adjusted EBITDA increased 29.7% to a record $246.5 million for the full year.

For the year, non-GAAP adjusted fully distributed net income per share increased 31.6% to a record $7.91 per share. As mentioned in prior quarters, we believe that heading into fiscal year 2023, our continued ability to produce more units will build channel inventories, setting our dealers up to win the retail battle. Our agility in managing supply chain issues has given us a significant competitive advantage, helping us continue to efficiently produce the best and most innovative products, while fortifying our industry-leading fiberglass boat manufacturing capabilities.

We are excited to showcase our new model year line, highlighting our unmatched innovation, quality and feature-rich boats. Based on our current operating plan, our expectations for fiscal year 2023 are as follows. We anticipate net sales growth in the mid- to high single-digit percentage growth year-over-year.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MALIBU BOATS, INC. FQ4 2022 EARNINGS CALL | AUG 25, 2022**

In terms of cadence, we see higher year-over-year growth in the first half and nearly double the annual rate in the first fiscal quarter. Consolidated adjusted EBITDA margin is expected to be down slightly. However, we believe there will be a modest increase year-over-year in the first fiscal quarter.

In closing, fiscal year 2022 was a massive success as we set numerous records for operational and financial performance. We've proven that no matter the environment, from supply chain disruptions to inflation, we have the teams and capabilities to push the throttle forward and capitalized on continued strong retail markets. Our differentiated best-in-class portfolio continues to perform at the top of the marine industry, and our fiscal year 2023 lineup will push the boundaries as we continue to drive long-term value for our customers and shareholders.

With that, I'd like to open the call up for questions.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

MALIBU BOATS, INC. FQ4 2022 EARNINGS CALL | AUG 25, 2022

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Brett Andress with KeyBanc.

**Brett Richard Andress**
*KeyBanc Capital Markets Inc., Research Division*

I was hoping to get your thoughts on the July SSI data, or really any of the data we follow for the last few months. You did mention that spring pause. Has there been any difference there in that data versus how you guys were expecting it to play out? Or are you seeing anything different in your own warranty registrations? Just trying to kind of make sense of some of it.

**Jack D. Springer**
*CEO & Director*

Yes. We're trying to make sense of it, too, Brett. The SSI data is more problematic than it's ever been. And the caution I'll give is that we have said, since we went public, that if you look at any 1 given month, it's going to be wrong. First of all, it's -- at best, it's [ 55% ], 60% of the states that are reporting. It's not until it matures over that quarter that it begins to have some semblance of truth to it. And so we really waiting for that.

The thing I'll point out, though, and this even goes back to the June data that came out, there were 3 states that were missing. And so the disarray right now that's going on with SSI just doesn't give us any confidence. We are looking very closely at our internal warranty numbers, which do indicate a different story.

**Brett Richard Andress**
*KeyBanc Capital Markets Inc., Research Division*

Got it. And then if you want to elaborate on that story, that would be helpful. But my second question is just on the channel restock opportunity. I think you've given us some numbers in the past, the total units needed to restock the channel. Where are we with that today? And if you're 2023 guide plays out like you expect, how much progress would you expect to make there?

**Jack D. Springer**
*CEO & Director*

I think from the standpoint of the channel inventory, we always talk in weeks on hand, and it's still double-digit weeks on hand that's low across the board, more so in the saltwater than the freshwater as we talked about. I think as the year progresses, we will continue to see a better channel inventory build, first of all on Malibu, secondly and Cobalt, to that freshwater segment. And then it will follow in Salt Water. But that won't even -- I don't think began taking place until the second half of the year.

So if we look at cumulatively all of our brands, it's easily -- when we get within that 5 -- 3 to 5 weeks on hand, I believe, easily, it's going to be the end of fiscal year '23, and then fully getting up to speed on channel inventory is going to be the end of '23 or the beginning of '24.

**Operator**

Our next question comes from Jaime Katz with Morningstar.

**Jaime M. Katz**
*Morningstar Inc., Research Division*

So I'm curious to hear what you guys are seeing from an economic perspective. Obviously, the demand from a shipment perspective is pretty good. But is there any cutting back anywhere? Accessories,

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

obviously, we see the ASP numbers. Is there any weakness that can be alluded to or anything different maybe in the new boat buyers relative to the historical buyers that would indicate any sort of trend shift?

**Jack D. Springer**
*CEO & Director*

Yes. Jaime, that's a good question. It's something that we're following very closely. And I'll talk about it on 2 different planes. From a standpoint, I'm talking a lot to dealers, anybody that I can talk to, Wells Fargo, whoever it may be. And this is a great time of the year for me because we have 4 dealer meetings in a period of 3 months. And so I'm able to communicate directly one-on-one with the dealers and get an understanding of what's happening.

Speaking to our brands and what we have, we are not seeing any type of a shift change. We've continued to see people come out and buy the larger boats. I think the last year's brand-new T250 model is a great example of that. The largest access ever built, it outperformed expectations. So they continue to buy the larger boats. They continue to auction up boats and buy every conceivable feature that would make sense for a given customer, and that's across all of our brands.

And I'll point that to really one thing, and that's our demographic. We have a unique, very strong demographic that, in my opinion, is the last demographic that's ever affected by economic conditions. Our -- if you look at our annual income across the board of our demographic, it's very, very high. The net worth is very, very high. And when you combine that with the fact that over the last 3 years, $43 trillion of additional wealth have been created, actually I use the term resilient. I think it makes our consumer very resilient.

Now moving to the second plane. What we are seeing is that across the marine industry, those smaller units, call it, 22-foot and under, are being impacted. Last year, as an example, for the full year calendar 2021, that 22-foot and under market was down 13.8%, whereas the rest of the industry was pretty well flat versus 2020, which we know was a humongous year. So I think our demographic is extremely strong and is carrying forward. And then it's that smaller demographic, that less expensive demographic, that is probably feeling some pain at this point in time.

**Jaime M. Katz**
*Morningstar Inc., Research Division*

Excellent. And then just as a follow-up. I guess given the cadence of acquisitions you've had, historically, I'm curious where you guys are seeing valuations in the boat space, whether there could be opportunities or if it seems like maybe interest is too high across the board where valuations are running a little bit heated.

**Jack D. Springer**
*CEO & Director*

Yes. Since the first of the year, there's not been a lot of assets come to market. It's been a pretty slow time. I do believe as the economy potentially wanes, that's going to pick up some. I will say that what we have seen has not been necessarily assets that we would want to pursue, and they have been at higher multiples. But again, if we're entering any type of a softening phase, I think that more assets will come to market, number one. And number two, I think it will be not as frothy and people will be more realistic in their expectations.

**Operator**

Our next question comes from Gerrick Johnson with BMO.

**Gerrick Luke Johnson**
*BMO Capital Markets Equity Research*

I have 2 questions, please. First, in the past, you've given us the percent of production as dealers sold and retail presold. Wayne, maybe if you could give us those numbers.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Wayne R. Wilson**
*CFO & Secretary*

I actually don't have those specific numbers. The amount of presales that are occurring in the Salt Water segment is higher at this time. Jack, you may have some more specifics and have been the source of that in the past.

**Jack D. Springer**
*CEO & Director*

No, not in terms of presales. I would say it's still, in the saltwater, remains in that 80% to 90% range at a minimum. We're just not creating any channel inventory. Whereas, we talk in terms of historical trends and it's normally in that 50% level for the freshwater market. It's still elevated a little bit, but it's coming back more toward normal, maybe 60% or so, but that's just really a guess on my part, Gerrick.

**Gerrick Luke Johnson**
*BMO Capital Markets Equity Research*

Okay. Great. And perhaps you could give us a retail demand expectation for your fiscal year.

**Wayne R. Wilson**
*CFO & Secretary*

Yes. So the -- we haven't necessarily given forecast of the specific number. We obviously, Gerrick, are modeling that out and looking at different scenarios, especially in the environment that we're in today where there's a channel inventory opportunity. What I would tell you is that the primary model or scenario that we used to come to our forecast was a down high single-digit percentage for our fiscal year and a modest amount of channel inventory.

**Operator**

The next question comes from Martin [ Metello ] with Raymond James.

**Unknown Analyst**

It's actually Joe. Do you hear me okay?

**Jack D. Springer**
*CEO & Director*

Yes. Yes. Joe Martin, good to have you.

**Unknown Analyst**

First question, just a couple of questions on the guidance. First, EBITDA margin you expect to be down this year, it's definitely up in the first quarter. Help us understand some of the puts and takes there and maybe why that would get worse over time.

**Wayne R. Wilson**
*CFO & Secretary*

Yes. So look, the EBITDA margin down -- I'll talk specifically about just the down slightly guide. The reality is our plan calls for increased mix in Salt Water and businesses that are a little less mature than Malibu. And so on a mix adjusted basis or a mix neutral basis, we're actually seeing margin expansion, and so that's kind of the aggregate view of what's going on, on margin for the year.

In terms of the cadence, if you look at the timing of when that mix change is impacting the P&L, it's more in the second half of the year. And so you're seeing better performance in the first half. There's actually more of a -- less of an impact of that mix in that first quarter. And that's what we're trying to let you all know is going to happen as opposed to surprising you later on.

**Unknown Analyst**

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MALIBU BOATS, INC. FQ4 2022 EARNINGS CALL | AUG 25, 2022**

Okay. That's helpful. And just as a follow-up [indiscernible] got mid- to high singles, can you just break that down between units and pricing? And I ask that only because if I look at your website, it says no price increase on model year '23. So maybe if you could break that number down for us and maybe you're thinking on why no price increases.

**Wayne R. Wilson**
*CFO & Secretary*

Yes. We haven't been giving a big breakout in terms of the volume versus ASP. You're going to see a number that -- it's going to be split pretty evenly between volume and ASP.

**Jack D. Springer**
*CEO & Director*

Go ahead, Joe.

**Unknown Analyst**

No, because the ASP increase is going to be all mix and just take it sounds like, mostly.

**Wayne R. Wilson**
*CFO & Secretary*

Well, so keep in mind, Joe, that what you're comparing something that's, hey, this is what's happening with prices between a date certain and another date. There are -- embedded as prices have risen throughout the fiscal year '22, there is -- we took into account there is absolutely a natural uplift that's going to be happening relative to that. So if you go back to the midyear and how we modified prices. And so not all boats in the year were at the price that we ended the year at, and so there is a modest uplift that's associated with that. Actually, we would -- we think we would see a little bit higher uplift on ASP, but for some of the mix that we've talked about.

**Unknown Analyst**

Okay.

**Jack D. Springer**
*CEO & Director*

The only thing I'll point out, Joe, a couple of things -- and you cut out a little bit. But a couple of things I do want to point out is you're looking at the website relating to Malibu, so that is specific to the Malibu and Axis products.and not necessarily for the other brands. The other thing is that is the beginning of the year from a price increase standpoint, so that does not say -- we want to do that, we think that gives us a competitive advantage. But that doesn't say we will not reevaluate that at the beginning of the calendar year.

**Operator**

Our next question comes from Brett Andress with KeyBanc.

**Brett Richard Andress**
*KeyBanc Capital Markets Inc., Research Division*

Yes, just a follow-up. Is there any way -- I think, Jack, you mentioned this earlier, to frame up how much price your competitors have taken since, I guess, COVID and how much you've taken? I'm just trying to frame up what you think that gap is right now going into model year '23.

**Jack D. Springer**
*CEO & Director*

It's a little bit more unclear when you get to companies that are not public. But generally, we believe that we are at the -- I'll put it in a framework that we're at the lower end of the spectrum, regardless of whether it's public or private. We are aware of some public companies, as an example, that 12.9%

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

was the price increase that came out. So a pretty staggering price increase on top of all the COVID price increases that occurred. So we're really confident that regardless of what brand we're dealing with, what segment we're dealing with, we're at the lower end of the spectrum of the price increases. .

**Operator**

I'm not showing any further questions at this time. I would now like to turn the call back to Jack Springer for any further remarks.

**Jack D. Springer**
*CEO & Director*

Thank you very much. In summary, we had a massive quarter and a massive year that we're very proud of. Malibu Boats continued this domestic run, delivering another great quarter and outstanding year. Our dealer backlog remains exceptionally strong, supported by the unprecedented consumer appetite for larger feature-rich boats, and it will drive ASP growth across the board.

We are capitalizing on the strong demand environment and taking advantage of the attractive trends that have materialized over the past few years. We are the boating leaders, offering the finest, most modern products in the marine industry. From Malibu and Axis, to Cobalt to Pursuit to the Maverick brands, we are in a unique and favorable position with our suite of premium brands and boats, and our model year 2023 lineup is sure to make waves among consumers.

Our recent acquisition of Malibu Electronics has already proven to be a critical differentiator, enabling us to increase volumes at Malibu and Cobalt, all the while generating a significant return on investment. We managed price increases masterfully in fiscal year 2022, and we have continued to cover inflationary cost to this today. This will provide increased competitive advantage and further stretch our industry dominance. Lastly, channel inventory remains at historic lows, providing an incredible opportunity for the continued success for the next 2 to 3 years as the supply chain normalizes.

As always, I would like to thank you for your unrelenting support, and I look forward to our continued victories together as we strive to make fiscal year 2023 the best year yet for Malibu. Have a great day.

**Operator**
This concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MALIBU BOATS, INC. FQ4 2022 EARNINGS CALL | AUG 25, 2022**

Copyright © 2022 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2022 S&P Global Market Intelligence.

Copyright © 2022 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

**14**