# Exhibit 8

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT
## PURSUANT TO SECTION 13 OR 15(d) OF THE
## SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported): August 29, 2023



# MALIBU BOATS, INC.
*(Exact Name of Registrant as specified in its charter)*

**Commission file number: 001-36290**

| | | |
|---|---|---|
| **Delaware** | **5075 Kimberly Way, Loudon, Tennessee 37774** | **46-4024640** |
| *(State or other jurisdiction of incorporation or organization)* | *(Address of principal executive offices, including zip code)* | *(I.R.S. Employer Identification No.)* |

**(865) 458-5478**
*(Registrant's telephone number, including area code)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Exhibit 99.1

## MALIBU BOATS, INC. ANNOUNCES FOURTH QUARTER FISCAL 2023 RESULTS

**Loudon, TN - August 29, 2023 -** Malibu Boats, Inc. (Nasdaq: MBUU) today announced its financial results for the fourth quarter and fiscal year ended June 30, 2023.

**Fourth Quarter Fiscal 2023 Highlights Compared to Fourth Quarter Fiscal 2022**

- Net sales increased 5.4% to $372.3 million

- Unit volume decreased 1.8% to 2,550 units

- Gross profit increased 14.3% to $102.5 million

- General and administrative expenses increased to $118.0 million primarily due to our settlement of a litigation matter for $100.0 million, which we expect will be tax deductible for federal and state income tax purposes

- Net income decreased 136.3% to a net loss of $18.0 million

- Adjusted EBITDA increased 21.9% to $90.1 million

- Net income available to Class A Common Stock per share (diluted) decreased 137.2% to a net loss of $0.86 per share

- Adjusted fully distributed net income per share increased 22.6% to $2.98 per share on a fully distributed weighted average share count of 21.3 million shares of Class A Common Stock

**Fiscal Year 2023 Highlights Compared to Fiscal Year 2022**

- Net sales increased 14.3% to $1,388.4 million

- Unit volume increased 6.6% to 9,863 units

- Gross profit increased 13.3% to $351.3 million

- General and administrative expenses increased to $175.7 million primarily due to our settlement of a litigation matter for $100.0 million, which we expect will be tax deductible for federal and state income tax purposes

- Net income decreased 34.0% to $107.9 million

- Adjusted EBITDA increased 15.2% to $284.0 million

- Net income available to Class A Common Stock per share (diluted) decreased 32.6% to $5.06 per share

- Adjusted fully distributed net income per share increased 16.2% to $9.19 on a fully distributed weighted average share count of 21.3 million shares of Class A Common Stock

"Malibu closed out another solid quarter and fiscal year despite a challenging environment. For the fiscal year, we delivered a 14% increase in net sales while improving many of our other financial and operational metrics. Our financial and operational performance continues to demonstrate the strength of our business model and world-class team. We've made great strides to meet demand throughout the fiscal year as we ramped up production through our first three quarters and reached normalized channel inventories faster than anticipated. Despite the uncertain macro environment, we remain confident in our operational prowess to match wholesale and retail demand and provide what we believe are the highest quality boats on the market," commented Jack Springer, Chief Executive Officer of Malibu Boats, Inc.

"We continue our focus to deliver innovative and premium boats for all of our brands. Our Model Year 2024 lineup continues to raise the bar as we introduce four new boats to the market in the Malibu and Axis brands. These models

Exhibit 99.1

include the new and improved 23 LSV, the best-selling towboat in history, as well as our new M242, which offers next-level premium features and performance. In addition, we are introducing two to four new models for each of our other brands in fiscal year 2024. Our actions have allowed us to maintain our leading positions in the markets we serve, and we will continue to invest in products that make us one of the strongest players in the marine industry," continued Mr. Springer. "As we set our sights on fiscal year 2024, we will remain disciplined in executing our vertical integration strategy, and we believe that our superior execution will allow us to successfully navigate any choppy waters we face and extend our industry-leading position to create long-term value for our shareholders."

### Results of Operations for the Fourth Quarter and Fiscal Year 2023 (Unaudited)

| | Three Months Ended June 30, | | | | Fiscal Year Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2023 | | 2022 | |
| | (In thousands, except unit and per unit data) | | | | | | | |
| Net Sales | $ | 372,303 | $ | 353,206 | $ | 1,388,365 | $ | 1,214,877 |
| Gross Profit | $ | 102,462 | $ | 89,627 | $ | 351,295 | $ | 310,051 |
| Gross Profit Margin | | 27.5% | | 25.4% | | 25.3% | | 25.5% |
| Net (Loss) Income | $ | (18,043) | $ | 49,685 | $ | 107,910 | $ | 163,430 |
| Net (Loss) Income Margin | | (4.9)% | | 14.1% | | 7.8% | | 13.5% |
| Adjusted EBITDA | $ | 90,099 | $ | 73,901 | $ | 284,036 | $ | 246,529 |
| Adjusted EBITDA Margin | | 24.2% | | 20.9% | | 20.5% | | 20.3% |

### Comparison of the Fourth Quarter Ended June 30, 2023 to the Fourth Quarter Ended June 30, 2022

Net sales for the three months ended June 30, 2023 increased $19.1 million, or 5.4%, to $372.3 million, compared to the three months ended June 30, 2022. The increase in net sales was driven primarily by increased unit volumes in our Saltwater Fishing segment and a favorable model mix across all segments, partially offset by lower unit volumes in the Malibu and Cobalt segments and by increased dealer flooring program costs in the Malibu segment resulting from higher interest rates and increased inventory levels. Unit volume for the three months ended June 30, 2023 decreased 46 units, or 1.8%, to 2,550 units compared to the three months ended June 30, 2022. Our unit volume decreased primarily due to reduced wholesale restocking demand at our Malibu and Cobalt segments as channel inventory normalized to pre-COVID levels combined with lower retail activity, partially offset by strong wholesale restocking demand in our Saltwater Fishing segment.

Net sales attributable to our Malibu segment decreased $16.7 million, or 9.4%, to $160.3 million for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. Unit volumes attributable to our Malibu segment decreased 225 units, or 15.2%, for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. The decrease in net sales was driven by a decrease in units and increased dealer flooring program costs, partially offset by a favorable model mix.

Net sales attributable to our Saltwater Fishing segment increased $32.4 million, or 33.6%, to $128.7 million, for the three months ended June 30, 2023, compared to the three months ended June 30, 2022. Unit volumes increased 196 units, or 37.0% for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. The increase in net sales was driven by increased units, inflation-driven year-over-year price increases and a favorable model mix.

Net sales attributable to our Cobalt segment increased $3.4 million, or 4.3%, to $83.3 million for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. Unit volumes attributable to Cobalt decreased 17 units, or 2.9% for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. The increase in net sales was driven by a favorable model mix and partially offset by decreased unit volume.

Overall consolidated net sales per unit increased 7.3% to $146,001 per unit for the three months ended June 30, 2023 compared to the three months ended June 30, 2022. Net sales per unit for our Malibu segment increased 6.8% to $127,966 per unit for the three months ended June 30, 2023 compared to the three months ended

Exhibit 99.1

June 30, 2022, driven by a favorable model mix, partially offset by increased dealer flooring program costs. Net sales per unit for our Saltwater Fishing segment decreased 2.5% to $177,241 for the three months ended June 30, 2023 compared to the three months ended June 30, 2022, driven by an unfavorable model mix, partially offset by inflation-driven year-over-year price increases. Net sales per unit for our Cobalt segment increased 7.4% to $145,856 per unit for the three months ended June 30, 2023 compared to the three months ended June 30, 2022, driven a favorable model mix.

Cost of sales for the three months ended June 30, 2023 increased $6.3 million, or 2.4%, to $269.8 million as compared to the three months ended June 30, 2022. The increase in cost of sales was primarily driven by a mix shift to Saltwater Fishing and increased component costs. In the Malibu segment, while we experienced higher per unit material and labor costs, the volume decrease more than offset the $2.6 million increase in cost of sales related to higher per unit rates. Within our Saltwater Fishing segment, lower per unit material and labor costs improved $6.3 million but were offset by an increase in materials usage in line with increased units and sales. In the Cobalt segment, higher per unit material and labor costs contributed $3.6 million to the increase in cost of sales and were driven by increased prices due to inflationary pressures and by an increased mix of larger models that corresponded with higher net sales per unit, partially offset by a decrease in unit volume.

Gross profit for the three months ended June 30, 2023 increased $12.8 million, or 14.3%, to $102.5 million compared to the three months ended June 30, 2022. The increase in gross profit was driven primarily by higher sales revenue partially offset by the increased cost of sales due to higher per unit material and labor cost. Gross margin for the three months ended June 30, 2023 increased 210 basis points from 25.4% to 27.5%, driven by overall better performance in the Saltwater Fishing segment.

Selling and marketing expenses for the three months ended June 30, 2023 increased $0.1 million, or 1.8%, to $5.4 million compared to the three months ended June 30, 2022. The increase was driven primarily by an increase in travel and promotional events for the three months ended June 30, 2023 as compared to the three months ended June 30, 2022. As a percentage of sales, selling and marketing expenses remained flat at 1.5% for the three months ended June 30, 2023 as compared to the three months ended June 30, 2022. General and administrative expenses for the three months ended June 30, 2023 increased $100.8 million, or 587.3%, to $118.0 million as compared to the three months ended June 30, 2022. The increase in general and administrative expenses was driven primarily by the settlement of product liability cases for $100.0 million during the three months ended June 30, 2023. In addition, the increase in general and administrative expenses was driven by an increase in compensation and personnel-related expenses. As a percentage of sales, general and administrative expenses increased 26.8% to 31.7% for the three months ended June 30, 2023 compared to the three months ended June 30, 2022, almost entirely due to the settlement of product liability cases discussed above. Amortization expense remained flat at $1.7 million for the three months ended June 30, 2023 as compared to the three months ended June 30, 2022.

Operating income for the three months ended June 30, 2023 decreased to an operating loss of $22.6 million from operating income of $65.4 million for the three months ended June 30, 2022. Net income for the three months ended June 30, 2023 decreased 136.3% to a net loss of $18.0 million from a net income of $49.7 million and net income margin decreased to (4.9)% from 14.1% for the three months ended June 30, 2022. Adjusted EBITDA for the three months ended June 30, 2023 increased 21.9% to $90.1 million from $73.9 million, while Adjusted EBITDA margin increased to 24.2% from 20.9% for the three months ended June 30, 2022.

**Comparison of the Fiscal Year Ended June 30, 2023 to the Fiscal Year Ended June 30, 2022**

Net sales for fiscal year 2023 increased $173.5 million, or 14.3%, to $1,388.4 million, compared to fiscal year 2022. The increase in net sales was driven primarily by increased unit volumes in our Saltwater Fishing and Cobalt segments, a favorable model mix across all segments and inflation-driven year-over-year price increases across all segments, partially offset by lower unit volumes in the Malibu segment and increased dealer flooring program costs across all segments resulting from higher interest rates and increased inventory levels. Unit volume for fiscal year 2023 increased 608 units, or 6.6%, to 9,863 units compared to fiscal year 2022. Our unit volume increased primarily due to strong wholesale restocking demand across our Cobalt and Saltwater Fishing segments, partially offset by reduced wholesale restocking demand at our Malibu segment.

Exhibit 99.1

Net sales attributable to our Malibu segment increased $28.7 million, or 4.7%, to $636.2 million for fiscal year 2023 compared to fiscal year 2022. Unit volumes attributable to our Malibu segment decreased 46 units for fiscal year 2023 compared to fiscal year 2022. The increase in net sales was driven by inflation-driven year-over-year price increases and a favorable model mix, partially offset by lower unit volumes and increased dealer flooring program costs.

Net sales attributable to our Saltwater Fishing segment increased $107.2 million, or 31.4%, to $449.2 million for fiscal year 2023 compared to fiscal year 2022. Unit volumes increased 550 units for fiscal year 2023 compared to fiscal year 2022. The increase in net sales was driven by increased volume, inflation-driven year-over-year price increases and a favorable model mix, partially offset by increased dealer flooring program costs.

Net sales attributable to our Cobalt segment increased $37.6 million, or 14.2%, to $303.0 million for fiscal year 2023 compared to fiscal year 2022. Unit volumes attributable to Cobalt increased 104 units for fiscal year 2023 compared to fiscal year 2022. The increase in net sales was driven by increased volume, inflation-driven year-over-year price increases and a favorable model mix, partially offset by increased dealer flooring program costs.

Overall consolidated net sales per unit increased 7.2% to $140,765 per unit for fiscal year 2023 compared to fiscal year 2022. Net sales per unit for our Malibu segment increased 5.7% to $124,097 per unit for fiscal year 2023 compared to fiscal year 2022, driven by inflation-driven year-over-year price increases and a favorable model mix, partially offset by increased dealer flooring program costs. Net sales per unit for our Saltwater Fishing segment increased 3.4% to $173,755 per unit for fiscal year 2023 compared to fiscal year 2022, driven by inflation-driven year-over-year price increases, partially offset by increased dealer flooring program costs and a unfavorable model mix. Net sales per unit for our Cobalt segment increased 8.6% to $140,847 per unit for fiscal year 2023 compared to fiscal year 2022, driven by inflation-driven year-over-year price increases and a favorable model mix, partially offset by increased dealer flooring program costs.

Cost of sales for fiscal year 2023 increased $132.2 million, or 14.6%, to $1,037.1 million compared to fiscal year 2022. The increase in cost of sales was primarily driven by a 6.6% increase in volumes and increased prices due to inflationary pressures that have impacted prices on parts and components. In the Malibu segment, higher per unit material and labor costs contributed $19.1 million to the increase in cost of sales and were driven by increased prices due to inflationary pressures. In the Saltwater Fishing segment, higher per unit material and labor costs contributed $2.2 million to the increase in cost of sales and were driven by increased prices due to inflationary pressures and an increased mix of larger models that corresponded with higher net sales per unit. In the Cobalt segment, higher per unit material and labor costs contributed $19.7 million to the increase in cost of sales and were driven by increased prices due to inflationary pressures and an increased mix of larger models that corresponded with higher net sales per unit.

Gross profit for fiscal year 2023 increased $41.2 million, or 13.3%, compared to fiscal year 2022. The increase in gross profit was driven primarily by higher sales revenue partially offset by the increased cost of sales for the reasons noted above. Gross margin for fiscal year 2023 decreased 0.2% from 25.5% to 25.3% driven primarily by an increased mix of the Saltwater Fishing segment and increased dealer flooring program costs and partially offset by better year-over-year performance in our Saltwater Fishing segment.

Selling and marketing expense for fiscal year 2023 increased $1.1 million, or 4.8% to $24.0 million compared to fiscal year 2022. The increase was driven primarily by increased promotional events. As a percentage of sales, selling and marketing expense decreased 0.2% to 1.7% for fiscal year 2023 compared to 1.9% for fiscal year 2022. General and administrative expense for fiscal year 2023 increased $109.3 million, or 164.7%, to $175.7 million compared to fiscal year 2022. The increase in general and administrative expenses was driven primarily by the settlement of product liability cases for $100.0 million in June 2023. The remaining increase in general and administrative expenses was driven by an increase in compensation and personnel-related expenses, an increase in legal and professional fees and an increase in travel related expenses. As a percentage of sales, general and administrative expenses increased 7.3% to 12.7% for fiscal year 2023 compared to 5.4% for fiscal year 2022. Amortization expense for fiscal year 2023 decreased $0.1 million, or 2.1%, to $6.8 million compared to fiscal year 2022 due to a decrease of amortization expense related to fully amortized intangibles.

Exhibit 99.1

Operating income for fiscal year 2023 decreased to $144.8 million from $213.8 million for fiscal year 2022. Net income for fiscal year 2023 decreased 34.0% to $107.9 million from $163.4 million and net income margin decreased to 7.8% for fiscal year 2023 from 13.5% for fiscal year 2022. Adjusted EBITDA for fiscal year 2023 increased 15.2% to $284.0 million from $246.5 million, while Adjusted EBITDA margin increased to 20.5% for fiscal year 2023 from 20.3% for fiscal year 2022.

### Fiscal 2024 Guidance

For the full fiscal year 2024, Malibu anticipates net sales decline percentage in the mid-to-high teens year-over-year and Adjusted EBITDA margin down 300-400 basis points year-over-year.

The Company has not provided reconciliations of guidance for Adjusted EBITDA margin, in reliance on the unreasonable efforts exception provided under Item 10(e)(1)(i)(B) of Regulation S-K. The Company is unable, without unreasonable efforts, to forecast certain items required to develop meaningful comparable GAAP financial measures. These items include acquisition and integration related expenses, costs related to the Company's vertical integration initiatives and litigation expenses that are difficult to predict in advance in order to include in a GAAP estimate.

### Webcast and Conference Call Information
The Company will host a webcast and conference call to discuss fourth quarter and fiscal year 2023 results on Tuesday, August 29, 2023, at 8:30 a.m. Eastern Time. Investors and analysts can participate on the conference call by dialing (833) 630-1956 or (412) 317-1837 and requesting Malibu Boats. Alternatively, interested parties can listen to a live webcast of the conference call by logging on to the Investor Relations section on the Company's website at http://investors.malibuboats.com. A replay of the webcast will also be archived on the Company's website for twelve months.

### About Malibu Boats, Inc.

Based in Loudon, Tennessee, Malibu Boats, Inc. (MBUU) is a leading designer, manufacturer and marketer of a diverse range of recreational powerboats, including performance sport, sterndrive and outboard boats. Malibu Boats, Inc. is the market leader in the performance sport boat category through its Malibu and Axis boat brands, the leader in the 20' - 40' segment of the sterndrive boat category through its Cobalt brand, and in a leading position in the saltwater fishing boat market with its Pursuit and Cobia offshore boats and Pathfinder, Maverick, and Hewes flats and bay boat brands. A pre-eminent innovator in the powerboat industry, Malibu Boats, Inc. designs products that appeal to an expanding range of recreational boaters, fisherman and water sports enthusiasts whose passion for boating is a key component of their active lifestyles. For more information, visit www.malibuboats.com, www.axiswake.com, www.cobaltboats.com, www.pursuitboats.com, or www.maverickboatgroup.com.

### Non-GAAP Financial Measures

This release includes the following financial measures defined as non-GAAP financial measures by the Securities and Exchange Commission: Adjusted EBITDA, Adjusted EBITDA Margin, Adjusted Fully Distributed Net Income and Adjusted Fully Distributed Net Income per Share. These measures have limitations as analytical tools and should not be considered as an alternative to, or more meaningful than, net income as determined in accordance with U.S. generally accepted accounting principles ("GAAP") or as an indicator of our liquidity. Our presentation of these non-GAAP financial measures should also not be construed as an inference that our results will be unaffected by unusual or non-recurring items. Our computations of these non-GAAP financial measures may not be comparable to other similarly titled measures of other companies.

We define Adjusted EBITDA as net income before interest expense, income taxes, depreciation, amortization and non-cash, non-recurring or non-operating expenses, including settlement of litigation claims, certain professional fees, non-cash compensation expense and adjustments to our tax receivable agreement liability. We define Adjusted EBITDA Margin as Adjusted EBITDA divided by net sales. Adjusted EBITDA and Adjusted EBITDA Margin are not measures of net income as determined by GAAP. Management believes Adjusted EBITDA and Adjusted EBITDA Margin allow investors to evaluate our operating performance and compare our results of operations from period to period on a consistent basis by excluding items that management does not believe are indicative of our core operating performance. Management uses Adjusted EBITDA to assist in highlighting trends in our operating