# Exhibit 14

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT
## PURSUANT TO SECTION 13 OR 15(d) OF THE
## SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported): February 15, 2024



# MALIBU BOATS, INC.

*(Exact Name of Registrant as specified in its charter)*

**Commission file number: 001-36290**

| | | |
|---|---|---|
| **Delaware** | **5075 Kimberly Way, Loudon, Tennessee 37774** | **46-4024640** |
| *(State or other jurisdiction of incorporation or organization)* | *(Address of principal executive offices, including zip code)* | *(I.R.S. Employer Identification No.)* |

**(865) 458-5478**
*(Registrant's telephone number, including area code)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.01 | MBUU | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Case 1:24-cv-03254-LGS     Document 51-14     Filed 11/08/24     Page 3 of 10

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On February 15, 2024, Malibu Boats, Inc. (the "Company") and Mr. Jack Springer mutually agreed that Mr. Springer will cease to serve as Chief Executive Officer, effective May 17, 2024 or at such earlier time as the Board may determine (the "Transition Effective Time"), and accordingly the Company and Mr. Springer entered into a Transition, Release and Consulting Agreement (the "Transition Agreement"). Mr. Springer also will resign as a member of the Company's Board of Directors (the "Board"), effective at the Transition Effective Time.

Pursuant to the Transition Agreement, Mr. Springer will serve as a consultant to the Company for two years following the Transition Effective Time. Mr. Springer may also elect to extend the consulting term for an additional two-year period. During the consulting term, Mr. Springer will remain eligible to vest in his outstanding equity awards pursuant to the terms of the Company's shareholder-approved Long-Term Incentive Plan. Mr. Springer will not be eligible to receive any bonus for the Company's 2024 fiscal year but will receive continued payment of his base salary for one year as provided for in the termination provisions of his Employment Agreement with the Company. During the initial and any extended consulting term, Mr. Springer has agreed not to compete with the Company, and has agreed to the extension of the non-competition restriction currently contained in his Employment Agreement for the length of the consulting term.

A copy of the Transition Agreement is attached as Exhibit 10.1 to this Current Report on Form 8-K. The foregoing description of the Transition Agreement does not purport to be complete and is qualified in its entirety by reference to the full text of such agreement.

In connection with the Company and Mr. Springer agreeing to his departure, on February 15, 2024, the Board appointed Mr. Michael Hooks to serve as Executive Chair of the Company and Mr. Ritchie Anderson to serve as President of the Company, in each case effective on February 20, 2024. Additionally, on February 15, 2024, the Board appointed Mr. Mark Lanigan as Lead Director, effective on February 20, 2024.

The Company is undertaking a search for a new Chief Executive Officer. The Company has established an Office of the Chief Executive Officer, comprised of Mr. Hooks and Mr. Anderson, that will assume the duties of the Chief Executive Officer at the Transition Effective Time if a Chief Executive Officer has not been appointed at that time. Mr. Hooks has been a member of the Board of the Company or Malibu Boats Holdings, LLC since 2006 and Mr. Anderson has been the Company's Chief Operating Officer since 2013, after joining the Company in 2011. Mr. Hooks will also assume the duties of the Company's principal executive officer at the Transition Effective Time if a new Chief Executive Officer has not been appointed at that time.

Mr. Hooks, age 61, has been a member of the Board since the Company's initial public offering in February 2014. Mr. Hooks was a director of Malibu Boats Holdings, LLC from May 2006 until the Company's recapitalization in connection with its IPO in February 2014. He is a co-founder and has been managing partner of Westhook Capital LLC since 2017, and he is a co-founder and has been a managing director of Black Canyon Capital LLC since 2004. Previously, Mr. Hooks was a co-head of the Los Angeles office of Credit Suisse First Boston and a managing director in the Los Angeles office of Donaldson, Lufkin & Jenrette. He previously served on the boards of directors of JDC Healthcare Management, Saunders & Associates, TASI Holdings, Virgin America, Logan's Roadhouse and Switchcraft, as well as the Supervisory Board of Pfeiffer Vacuum Technology, at the time a public company listed on the New York Stock Exchange. Mr. Hooks received a degree in Economics from Princeton University and an M.B.A. with distinction from the Wharton School of Business.

Mr. Anderson, age 58, has served as the Company's Chief Operating Officer since September 2013 and joined the Company in July 2011 as its Vice President of Operations. Prior to joining Malibu Boats, Mr. Anderson was Vice President of Operations at MasterCraft Boat Company, where he spent 28 years in production management. While at MasterCraft, he held various roles in operations that included management responsibility for manufacturing, supply chain, quality, customer service, environmental and safety. Mr. Anderson has over 41 years of experience in the boat manufacturing industry.

In connection with Mr. Hooks' appointment as Executive Chair, Mr. Hooks will receive a monthly fee of $50,000 for the period he serves as Executive Chair and will be eligible for a discretionary bonus of $10,000 for

each month he serves as Executive Chair, with the amount of such discretionary bonus (if any) to be determined and paid following the conclusion of Mr. Hooks' service as Executive Chair. Mr. Hooks was awarded a one-time grant of fully vested restricted shares having a grant date value equal to $230,000 in consideration for his services as Executive Chair. Mr. Hooks will also remain eligible to receive compensation under the Company's Directors' Compensation Policy while he serves as Executive Chair.

In connection with Mr. Anderson's appointment as President, Mr. Anderson's annual base salary was increased to $650,000 and his annual target bonus opportunity was increased to 90% of his annual base salary. Mr. Anderson was also awarded a one-time retention grant of restricted stock units. The restricted stock units have a grant date value equal to $4,000,000 and will vest in installments over a four-year retention period, with 25% of the award vesting on each of the second and third anniversaries of the grant date, and the remaining 50% of the award vesting on the fourth anniversary of the grant date. In addition, in the event Mr. Anderson is terminated by the Company without "Cause" (as such term is defined in Mr. Anderson's employment agreement with the Company), the award will vest in full.

There are no arrangements or understandings between either Mr. Hooks or Mr. Anderson and any other persons pursuant to which either was selected as an officer of the Company. There are also no family relationships between either Mr. Hooks or Mr. Anderson and any director or executive officer of the Company. Other than as previously disclosed in the 2023 Proxy Statement, Mr. Hooks has no direct or indirect material interest in any related party transaction required to be disclosed pursuant to Item 404(a) of Regulation S-K. Mr. Anderson has no direct or indirect material interest in any related party transaction required to be disclosed pursuant to Item 404(a) of Regulation S-K.

**Item 7.01 Regulation FD Disclosure.**

On February 20, 2024, the Company issued a press release announcing the management transitions discussed above.

A copy of the press release is furnished as Exhibit 99.1 hereto. This information shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, and is not incorporated by reference into any filing of the Company whether made before or after the date hereof, regardless of any general incorporation language in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

The following exhibits are being filed or furnished as part of this report:

| Exhibit No. | Description |
| --- | --- |
| Exhibit 10.1 | Transition, Release and Consulting Agreement dated February 19, 2024, between Malibu Boats, Inc. and Jack Springer |
| Exhibit 99.1 | Press Release dated February 20, 2024 |
| Exhibit 104 | The Cover Page from this Current Report on Form 8-K formatted in Inline XBRL |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**MALIBU BOATS, INC**.

|  |  |  |
|---|---|---|
|  | By: | /s/ Bruce Beckman |
| Date: February 20, 2024 |  | Bruce Beckman |
|  |  | Chief Financial Officer |



**Malibu Boats, Inc. Announces Leadership Changes**
*Jack Springer will depart as Chief Executive Officer in May 2024;*
*Ritchie Anderson appointed to President;*
*Michael Hooks appointed to Executive Chair*

LOUDON, Tenn., February 20, 2024 (Globe Newswire) - Malibu Boats, Inc. (Nasdaq: MBUU) announced today that Jack Springer will be departing as Chief Executive Officer ("CEO") on or before May 17, 2024.

The Company also announced today that Ritchie Anderson, the Company's current Chief Operating Officer ("COO"), has been promoted to President, effective immediately. Michael Hooks, Malibu's current Chair, will assume the role of Executive Chair, effective immediately, until a new CEO is announced.

"For more than 15 years, I have had the honor of serving as Malibu's CEO. During that time, we have experienced explosive growth, margin expansion and cash flow generation. We have also acquired five companies, including the addition of three premium brands - Cobalt, Pursuit and Maverick Boats - to become one of the largest producers of fiberglass power boats in the world," commented Jack Springer, Chief Executive Officer and Director of Malibu Boats Inc.

"With all of our success, the greatest accomplishment has been the team we have amassed at Malibu from our leadership to our production line and every person in between. We have held each other accountable and demanded excellence from one another, and for that, I am deeply grateful and proud. We have been, and will continue to be, recognized for our culture of cutting-edge innovation and operational excellence that is executed with pride and passion. I will hold close the relationships I formed during my time at the Company from our employees to dealers and suppliers to our investors and analysts. I have every confidence that Malibu will continue to grow, be better, and be stronger, as I continue to cheer this team on from the sidelines," concluded Mr. Springer.

Mr. Springer will resign as a Director of Malibu's Board of Directors upon his departure as CEO. If a new CEO has not been appointed at the time of Mr. Springer's departure, an interim Office of the CEO, including Mr. Anderson and Mr. Hooks, has been established and will assume the role of CEO.

Mr. Anderson has over 41 years of experience in the marine industry and has served as the Company's COO since 2013, after joining Malibu in 2011. Mr. Hooks has been a member of the Company's board since 2006. He was a co-founder of Black Canyon Capital LLC, which acquired the assets of Malibu from its founder in 2006.

"On behalf of the Board, I want to thank Jack for his countless efforts over the last 15 years, and we wish him well in his next chapter. During his tenure, Jack's vision and operational leadership have been integral to growing Malibu Boats into the powerhouse it is today. Through a steadfast

commitment to innovation, operational excellence and vertical integration, the Company is positioned to enter its next phase of growth poised for further value creation," commented Michael K. Hooks, Chair of Malibu Boats' Board of Directors.

"Malibu has a talented and deep leadership team, which will be further bolstered by the appointment of Ritchie to President. I am thrilled to announce this promotion, which reflects Ritchie's continued leadership and contributions to Malibu and this team," continued Mr. Hooks. "The Board will run a comprehensive search for its next CEO, considering both internal and external candidates. In the interim, I look forward to working more closely with Ritchie and the entire Malibu team to ensure a seamless transition as we maintain our track record of delivering the most innovative, highest quality boats in the marine industry."

## Fiscal 2024 Guidance

The Company today reaffirmed its fiscal year 2024 guidance that it provided on January 30, 2024, as part of its second fiscal quarter earnings release.

For the full fiscal year 2024, Malibu anticipates net sales decline ranging from the mid-to-high thirties percentage, year-over-year, and Adjusted EBITDA margin down 800 to 900 basis points, year-over-year.

## About Malibu Boats, Inc.

Based in Loudon, Tennessee, Malibu Boats, Inc. (MBUU) is a leading designer, manufacturer and marketer of a diverse range of recreational powerboats, including performance sport, sterndrive and outboard boats. Malibu Boats, Inc. is the market leader in the performance sport boat category through its Malibu and Axis boat brands, the leader in the 20' - 40' segment of the sterndrive boat category through its Cobalt brand, and in a leading position in the saltwater fishing boat market with its Pursuit and Cobia offshore boats and Pathfinder, Maverick, and Hewes flats and bay boat brands. A pre-eminent innovator in the powerboat industry, Malibu Boats, Inc. designs products that appeal to an expanding range of recreational boaters, fisherman and water sports enthusiasts whose passion for boating is a key component of their active lifestyles. For more information, visit www.malibuboats.com, www.axiswake.com, www.cobaltboats.com, www.pursuitboats.com, or www.maverickboatgroup.com.

## Non-GAAP Financial Measures

This release refers to Adjusted EBITDA margin, which is a non-GAAP financial measure. This measure has limitations as an analytical tool and should not be considered as an alternative to, or more meaningful than, net income as determined in accordance with U.S. generally accepted accounting principles ("GAAP"). The use of this non-GAAP measure should also not be construed as an inference that the Company's results will be unaffected by unusual or non-recurring items. The Company's computation of Adjusted EBITDA margin may not be comparable to other similarly titled measures of other companies.

The Company defines Adjusted EBITDA margin as Adjusted EBITDA divided by net sales. The Company defines Adjusted EBITDA as net income before interest expense, income taxes, depreciation, amortization and non-cash, non-recurring or non-operating expenses, including certain professional fees and non-cash compensation expense. Adjusted EBITDA and Adjusted EBITDA margin are not measures of net income as determined by GAAP. Management believes

Adjusted EBITDA and Adjusted EBITDA margin allow investors to evaluate the Company's operating performance and compare its results of operations from period to period on a consistent basis by excluding items that management does not believe are indicative of the Company's core operating performance. Management uses Adjusted EBITDA margin to assist in highlighting trends in the Company's operating results without regard to its financing methods, capital structure, and non-recurring or non-operating expenses. The Company excludes the items listed above from net income in arriving at Adjusted EBITDA because these amounts can vary substantially from company to company within the Company's industry depending upon accounting methods and book values of assets, capital structures, the methods by which assets were acquired and other factors. Certain items excluded from Adjusted EBITDA are significant components in understanding and assessing a company's financial performance, such as a company's cost of capital and tax structure, as well as the historical costs of depreciable assets.

The Company has not provided a reconciliation of guidance to net income margin for Adjusted EBITDA margin, in reliance on the unreasonable efforts exception provided under Item 10(e)(1)(i)(B) of Regulation S-K. The Company is unable, without unreasonable efforts, to forecast certain items required to develop net income for fiscal year 2024. These items include costs related to the Company's vertical integration initiatives that are difficult to predict in advance in order to include in an estimate of net income.

## Cautionary Statement Concerning Forward Looking Statements

This press release includes forward-looking statements (as such term is defined in the Private Securities Litigation Reform Act of 1995). Forward-looking statements can be identified by such words and phrases as "believes," "anticipates," "expects," "intends," "estimates," "may," "will," "should," "continue" and similar expressions, comparable terminology or the negative thereof, and includes statements in this press release regarding the Company's guidance for net sales and Adjusted EBITDA margin, future changes in the Company's management team and the Company's ability to grow and create value. Forward-looking statements are subject to risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements, including, but not limited to: general industry, economic and business conditions; the Company's large fixed cost base; increases in the cost of, or unavailability of, raw materials, component parts and transportation costs; disruptions in the Company's suppliers' operations; the Company's reliance on third-party suppliers for raw materials and components and any interruption of the Company's informal supply arrangements; the Company's reliance on certain suppliers for our engines and outboard motors; the Company's ability to meet its manufacturing workforce needs; the Company's ability to grow its business through acquisitions and integrate such acquisitions to fully realize their expected benefits; the Company's growth strategy which may require it to secure significant additional capital; the Company's ability to protect its intellectual property; disruptions to the Company's network and information systems; risks inherent in operating in foreign jurisdictions; a natural disaster, global pandemic or other disruption at the Company's manufacturing facilities; increases in income tax rates or changes in income tax laws; the Company's dependence on key personnel; the Company's ability to enhance existing products and market new or enhanced products; the continued strength of the Company's brands; the seasonality of the Company's business; intense competition within the Company's industry; increased consumer preference for used boats or the supply of new boats by competitors in excess of demand; competition with other activities for consumers' scarce leisure time; changes in currency exchange rates; inflation and increases in

interest rates; an increase in energy and fuel costs; the Company's reliance on its network of independent dealers and increasing competition for dealers; the financial health of the Company's dealers and their continued access to financing; the Company's obligation to repurchase inventory of certain dealers; the Company's exposure to claims for product liability and warranty claims; any failure to comply with laws and regulations including environmental, workplace safety and other regulatory requirements; the Company's variable rate indebtedness which subjects it to interest rate risk; the Company's obligation to make certain payments under a tax receivables agreement; and other factors affecting us detailed from time to time in the Company's filings with the Securities and Exchange Commission. Many of these risks and uncertainties are outside the Company's control, and there may be other risks and uncertainties which the Company does not currently anticipate because they relate to events and depend on circumstances that may or may not occur in the future. Although the Company believes that the expectations reflected in any forward-looking statements are based on reasonable assumptions at the time made, the Company can give no assurance that its expectations will be achieved. Undue reliance should not be placed on these forward-looking statements, which speak only as of the date hereof. The Company undertakes no obligation (and the Company expressly disclaims any obligation) to update or supplement any forward-looking statements that may become untrue because of subsequent events, whether because of new information, future events, changes in assumptions or otherwise.

**Contacts**

Malibu Boats, Inc.
InvestorRelations@MalibuBoats.com