UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN SHANK, Derivatively on Behalf of MALIBU BOATS, INC, <br><br>        Plaintiff,<br><br>-against-<br><br>JACK D. SPRINGER, et al.,<br><br>        Defendants. | 24 Civ. 9018 (LGS)<br><br>ORDER |
| RETIREE BENEFIT TRUST OF THE CITY OF BALTIMORE, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>MALIBU BOATS, INC., et al.,<br><br>        Defendants. | 24 Civ. 3254 (LGS) |

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on November 29, 2024, the action captioned *Shank v. Springer*, 24 Civ. 9018, was assigned to the undersigned as related to the case captioned *Retiree Benefit Trust of the City of Baltimore v. Malibu Boats, Inc.*, 24 Civ. 3254. It is hereby

  **ORDERED** that, by **December 13, 2024**, counsel in both actions shall confer in an effort to reach agreement and shall file in both actions a single joint letter stating the parties' position(s) regarding whether and to what extent they believe the actions should be coordinated.

Dated: December 5, 2024
   New York, New York

                       _____
                        LORNA G. SCHOFIELD
                       UNITED STATES DISTRICT JUDGE