UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREE BENEFIT TRUST OF THE CITY OF BALTIMORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MALIBU BOATS, INC., JACK SPRINGER, BRUCE BECKMAN, DAVID BLACK, and WAYNE WILSON,<br><br>Defendants. | No. 1:24-cv-03254-LGS<br><br>**CLASS ACTION** |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO:     All Counsel of Record

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class, the Stipulation and Agreement of Settlement (the "Stipulation") filed simultaneously herewith, and all prior proceedings in this Action, Lead Plaintiff Retiree Benefit Trust of the City of Baltimore ("Lead Plaintiff"), through the undersigned counsel, on behalf of itself and the proposed Settlement Class, will move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, before the Honorable Lorna G. Schofield, at the United States District Court, Southern District of New York, Courtroom 1106 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a time and date to be determined by the Court, for entry of the Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Notice (the

"Preliminary Approval Order"), accompanying this motion. If entered, the Preliminary Approval Order will, among other things:

(1) Preliminarily approve the proposed class action settlement for $7,800,000, subject to notice to the Settlement Class and later consideration of final approval to resolve this Action in its entirety;

(2) Approve the form, content and manner of the class notices being given to members of the Settlement Class;

(3) Certify the Settlement Class for purposes of the Settlement; and

(4) Schedule a hearing, and certain deadlines related thereto, on final approval of the Settlement, the proposed Plan of Allocation, and Lead Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses.

As noted in paragraph 3.2 of the Stipulation, Defendants do not oppose this motion. Lead Plaintiff respectfully suggests that this motion may be granted without a hearing such that notice of the proposed Settlement may be promptly sent to the members of the Settlement Class, and that a hearing be scheduled for consideration of final approval of the proposed Settlement.

Dated: July 31, 2025                                    Respectfully submitted,

                                                        **SAXENA WHITE P.A.**

                                                        By: <u>*Steven B. Singer*</u>
                                                        Steven B. Singer
                                                        Joshua H. Saltzman
                                                        Sara DiLeo
                                                        10 Bank Street, Suite 882
                                                        White Plains, NY 10606
                                                        Tel.: (914) 437-8551
                                                        Fax: (888) 631-3611
                                                        ssinger@saxenawhite.com
                                                        jsaltzman@saxenawhite.com
                                                        sdileo@saxenawhite.com

                                                        **SAXENA WHITE P.A.**
                                                        Lester R. Hooker
                                                        7777 Glades Road, Suite 300
                                                        Boca Raton, Florida 33434
                                                        Tel.: (561) 394-3399

Fax: (561) 394-3382
lhooker@saxenawhite.com

*Lead Counsel for Lead Plaintiff*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

      Respectfully submitted,

      */s/ Steven B. Singer*
      Steven B. Singer