# EXHIBIT A-4

*Malibu Boats Securities Settlement*
c/o A.B. Data, Ltd.
P.O. Box 173139
Milwaukee, WI 53217

**COURT-ORDERED
LEGAL NOTICE**

**Important Notice about a
Securities Class Action
Settlement.**

*Retiree Benefit Trust of the City of Baltimore v.
Malibu Boats, Inc., et al.*,
No. 1:24-cv-03254 (S.D.N.Y.)

**You may be entitled to a
payment. This Notice may
affect your legal rights.**

**Please read it carefully.**

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
www.MalibuBoatsSecuritiesLitigation.com    [ADDRESS 2]

If you purchased or otherwise acquired securities, including common stock and options, of Malibu Boats, Inc. ("MBI" or the "Company") between November 4, 2022 and May 1, 2024, inclusive (the "Class Period" or "Settlement Class Period"), this notice is to inform you that a Class was certified for the purposes of a proposed settlement ("Settlement") only, and that you could be entitled to a payment from the Settlement reached in this action ("Action"). Your rights may be affected by this Action and the Settlement. A telephonic hearing will be held in this Action on _____, 2025, at __:__ am to determine whether the proposed Settlement of the Action against Defendants MBI, Jack Springer, Bruce Beckman, David Black, and Wayne Wilson for $7.8 million in cash and the Plan of Allocation should be approved as fair, reasonable, and adequate; whether the Action should be dismissed with prejudice against Defendants, as set forth in the Stipulation filed with the Court; and whether Lead Plaintiff's application for an award of attorneys' fees of up to 30% of the Settlement Amount, plus interest, and litigation expenses not to exceed $150,000, plus interest, should be granted. You may attend the hearing and ask to be heard by the Court, but you do not have to.

The proposed Settlement would resolve this class action lawsuit alleging that Defendants disseminated materially false and misleading information to the investing public regarding the extent to which MBI's business was affected by the downturn in the recreational boat market following the COVID-19 pandemic, in violation of the federal securities laws. Defendants deny any wrongdoing. **For a full description of Settlement and your rights and to make a claim, you may obtain the Stipulation, long-form Notice, the Claim Form, motion for final approval of the Settlement, and motion for an award of attorneys' fees by visiting www.MalibuBoatsSecuritiesLitigation.com**. For more information or to request copies of these documents, call toll-free (866-830-2422) or email info@MalibuBoatsSecuritiesLitigation.com. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases of claims related to this case. Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in MBI Securities. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery (before the deduction of any Court-approved fees, expenses, and costs) will be $0.77 per alleged damaged share and $0.11 per damaged option. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement Website.

**To qualify for payment, you must submit a Claim Form with supporting documentation. Claim Forms must be submitted online or postmarked by _____, 2025.** If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2025, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

---

[1] All capitalized terms used in this Postcard Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement ("Stipulation").