UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
RETIREE BENEFIT TRUST OF THE CITY OF                         :
BALTIMORE, Individually and on Behalf of All                 :
Others Similarly Situated,                                   :   24 Civ. 3254 (LGS)
                                    Plaintiff,               :
                                                             :   **ORDER**
                    -against-                                :
                                                             :
MALIBU BOATS, INC., JACK SPRINGER,                           :
BRUCE BECKMAN, DAVID BLACK, and                              :
WAYNE WILSON,                                                :
                                    Defendants.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 31, 2025, Plaintiff Retiree Benefit Trust of the City of Baltimore as Lead Plaintiff filed a motion for preliminary approval of a class action settlement, certification of the settlement class and approval of notice to the settlement class of the proposed class action settlement (the "Preliminary Approval Motion") in this action against Defendants Malibu Boats, Inc., Jack Springer, Bruce Beckman, David Black and Wayne Wilson (the "Preliminary Approval Motion").  It is hereby

**ORDERED** that on **September 30, 2025**, at **3:00 P.M.** a preliminary approval hearing will be held.  The conference will be held **IN PERSON** at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.  If lead counsel for any party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, they should notify the Court immediately by filing a letter on the docket so that arrangements can be made.  It is further

**ORDERED** that any opposition to the Preliminary Approval Motion shall be filed no later than **September 16, 2025**.  Any putative class member may file preliminary objections and comments to the Preliminary Approval Motion without prejudice to any later submission.  Any opposition, objection or comment to the Preliminary Approval Motion shall not exceed fifteen (15) double-spaced pages.

Dated: August 4, 2025
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**