UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RETIREE BENEFIT TRUST OF THE CITY OF :
BALTIMORE,
                                 Plaintiff, :    24 Civ. 3254 (LGS)

            -against-            :    ORDER

MALIBU BOATS, INC. et al.,
                             Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a preliminary approval hearing is currently scheduled for September 30, 2025. It is hereby

    **ORDERED** the status conference is currently scheduled for September 22, 2025, is canceled.

Dated: September 22, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE