UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                       :

RETIREE BENEFIT TRUST OF THECITY OF  :
BALTIMORE, INDIVIDUALLY AND ON     :
BEHALF OF ALL OTHERS SIMILARLY    :
SITUATED,                                :

                      Plaintiff,    :        24 Civ. 3254 (LGS)
                                       :

           -against-             :           **ORDER**
                                       :

MALIBU BOATS, INC., JACK            :
SPRINGER, BRUCE BECKMAN, DAVID   :
BLACK, AND WAYNE WILSON,       :

                  Defendants. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a hearing is currently scheduled for **January 29, 2026**, at **4:00 P.M.**  Due to

a scheduling conflict on the Court's calendar, it is hereby

      **ORDERED** that the hearing is rescheduled to **February 2, 2026**, at **5:00 P.M.**  The

hearing will be held **TELEPHONICALLY**.  The hearing can be accessed by calling (855) 244-

8681 and entering the access code 2311 193 8649.

Dated: January 24, 2026
       New York, New York

                                 LORNA G. SCHOFIELD
                           UNITED STATES DISTRICT JUDGE