UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RETIREE BENEFIT TRUST OF THE CITY OF BALTIMORE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MALIBU BOATS, INC., JACK SPRINGER, BRUCE BECKMAN, DAVID BLACK, and WAYNE WILSON,<br><br>Defendants. | No. 1:24-cv-03254-LGS<br><br>CLASS ACTION |

## ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND

WHEREAS, Lead Plaintiff moves for approval of the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement in the above-captioned class action (the "Action").

WHEREAS, the Court has considered all filings in support of the motion and conducted a final settlement approval hearing on February 2, 2026 (the "Settlement Hearing").

WHEREAS, notice of the Settlement Hearing substantially in the form approved by the Court was mailed and emailed to all Settlement Class Members who or which could be identified with reasonable effort, and a summary notice of the hearing substantially in the form approved by the Court was published in *Investor's Business Daily* and was transmitted over the *PR Newswire* pursuant to the specifications of the Court.

WHEREAS, the Court has considered and determined the fairness and reasonableness of the proposed Plan of Allocation.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement dated July 29, 2025 (ECF No. 61) (the "Stipulation"), and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

3. Notice of Lead Plaintiff's motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(7)), due process, and all other applicable laws and rules, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

4. No objections to the Plan of Allocation have been received.

5. The formula to calculate the payment to Claimants as set forth in the Plan of Allocation mailed to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

6. The Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Plan of Allocation proposed by Lead Plaintiff is hereby approved.

Dated: February 9, 2026
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**