S|W SAXENA WHITE

10 Bank Street   |   Suite 882   |   White Plains, NY 10606

February 19, 2026

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *Retiree Benefit Trust of the City of Baltimore v. Malibu Boats, Inc., et al.*
              No. 1:24-cv-03254-LGS

Dear Judge Schofield:

We represent Lead Plaintiff Retiree Benefit Trust of the City of Baltimore ("Plaintiff") in the above-referenced action.

On February 2, 2026, the Court held a telephonic hearing on Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 74) and Lead Counsel Saxena White's ("Lead Counsel") Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 76). At the close of the telephonic hearing, the Court indicated that it would approve Plaintiff's proposed settlement and plan of allocation and Lead Counsel's fee and expense application. Shortly following the hearing, as requested by the Court, Lead Counsel submitted to the Court via email, in Microsoft Word format, Plaintiff's proposed orders approving the proposed settlement, approving the proposed plan of allocation, and awarding attorneys' fees and expenses.

On February 9, 2026, the Court entered the Final Judgment Approving Class Action Settlement (ECF No. 83), and the Order Approving Plan of Allocation of Net Settlement Fund (ECF No. 82). The Court also noted in the docket entry accompanying the final judgment that "[s]eparate orders will be entered regarding approval of a [p]lan of [a]llocation and Lead Counsel's motion for an award of attorneys' fees and reimbursement of [l]itigation [e]xpenses."

Lead Counsel therefore respectfully requests that the Court enter an order approving Lead Counsel's proposed fee and expense award, including because any approved fees and expenses will need to be taken into consideration to determine the net amount of the fund available for payment of claims so as to calculate *pro rata* distributions to authorized claimants.

We appreciate the Court's time and attention in this matter, and we are available if the Court has any further questions.

Hon. Lorna G. Schofield
February 19, 2026
Page 2

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Joshua H. Saltzman*

Steven B. Singer
Joshua H. Saltzman
10 Bank Street, Suite 882
White Plains, New York 10606
Tel.: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com

cc : Counsel for all parties via ECF