**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RETIREE BENEFIT TRUST OF THE CITY OF BALTIMORE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> MALIBU BOATS, INC., JACK SPRINGER, BRUCE BECKMAN, DAVID BLACK, and WAYNE WILSON, <br><br> Defendants. | No. 1:24-cv-03254-LGS <br><br> **CLASS ACTION** |

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR APPROVAL**
**OF DISTRIBUTION OF NET SETTLEMENT FUND**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that Lead Plaintiff Retiree Benefit Trust of the City of Baltimore hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 23(e), for entry of the accompanying proposed Order Approving Distribution of Net Settlement Fund (the "Class Distribution Order"), which would, among other things: (i) approve Claims Administrator A.B. Data Ltd.'s ("A.B. Data") administrative determinations regarding the acceptance and rejection of claims submitted in connection with the Settlement[1] of the above-captioned action; (ii) direct distribution of the Net Settlement Fund, after deduction or reservation of the payments requested herein, to Claimants whose Claims are accepted by A.B. Data as valid and approved by the Court ("Authorized Claimants"); (iii) approve the plan for re-distribution and/or donation of any funds

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings ascribed to them in the Stipulation and Agreement of Settlement, filed on July 31, 2025 ("Stipulation"; ECF No. 61), or the Declaration of Kathleen Brauns in Support of Lead Plaintiff's Motion for Approval of Distribution of Net Settlement Fund ("Brauns Declaration") submitted herewith.

remaining in the Net Settlement Fund following the initial distribution (the "Distribution") to Authorized Claimants; (iv) authorize the destruction of paper and electronic copies of Claim Forms, and all related paper documents, one year after distribution of the Net Settlement Fund is complete; and (v) for such other and further relief as this Court deems appropriate.

This motion is based on the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Approval of Distribution of Net Settlement Fund and Brauns Declaration, submitted on behalf of A.B. Data, and its exhibits, the previous filings and orders in this case, and such other materials as the Court may consider.

There are no disputed Claims by any Settlement Class Member requiring Court review. Lead Counsel have provided Defendants' Counsel advance notice of this Motion and Defendants do not oppose this Motion.[2]  Accordingly, Lead Counsel respectfully submits that the Motion is ripe for consideration by the Court and may be decided on the papers.

Dated: August 5, 2026                     Respectfully submitted,

                                          **SAXENA WHITE P.A.**

                                          By: _Joshua H. Saltzman_
                                          Steven B. Singer
                                          Joshua H. Saltzman
                                          Sara DiLeo
                                          10 Bank Street, Suite 882
                                          White Plains, NY 10606
                                          Tel.: (914) 437-8551
                                          Fax: (888) 631-3611
                                          ssinger@saxenawhite.com
                                          jsaltzman@saxenawhite.com
                                          sdileo@saxenawhite.com

                                          **SAXENA WHITE P.A.**
                                          Lester R. Hooker

---

[2] Pursuant to the Stipulation, Defendants have no role in or responsibility for the administration of the Settlement Fund or processing of Claims, including determinations as to the validity of Claims or the distribution of the Net Settlement Fund.  _See e.g.,_ Stipulation ¶4.1.

7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

*Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

*/s/ Joshua H. Saltzman*
Joshua H. Saltzman